1  Andre Y. Bates, Esq., State Bar No. 178170
   MARRON & ASSOCIATES
2  111 W. Ocean Blvd.
   Suite 1925
3  Long Beach, CA 90802
   Telephone (562) 432-7422
4  Facsimile (562) 432-8682
   abates@marronlaw.com
5
   Attorneys for Defendants SuperShuttle
6  International, Inc.; SuperShuttle Franchise
   Corporation, and Veolia Transportation
7  Services, Inc.

**E-filing**

**FILED**

JUN 1 7 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

8              UNITED STATES DISCTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10             OAKLAND DIVISION                    *ADR*

11

12

13  ROOSEVELT KAIRY, LARRY BROWN,          Case No.: C08-02993 MEJ
    WAYNE DICKSON, AND DRAKE OSMUN,
14  on behalf of themselves, all other similarly
    situated, and the general public,          **SUPERSHUTTLE FRANCHISE**
15                                              **CORPORATION'S JOINDER IN**
                                                **NOTICE OF REMOVAL OF ACTION**
16              Plaintiffs,
              vs.
17
    SUPERSHUTTLE INTERNATIONAL, INC.;
18  SUPERSHUTTLE FRANCHISE
    CORPORATION, AND VEOLIA
19  TRANSPORTATION SERVICES, INC., dba
    SUPERSHUTTLE, AND DOES 1 through 20,
20  inclusive,

21              Defendants.

22

23

24  / / /

25  / / /

26

27

28                                    1
    SUPERSHUTTLE FRANCHISE CORP.'S JOINDER RE REMOVAL TO FEDERAL COURT

    03940/2007-1080.080

1         Defendant SuperShuttle Franchise Corporation, hereby joins in SuperShuttle International,

2 Inc.'s Notice of Removal to this Court of the state court action described in the said Notice of

3 Removal.

4

5 DATED: June 17, 2008

6                              Andre Y. Bates, Esq.
                              Attorneys for Defendants SuperShuttle

7                               International, Inc., SuperShuttle Franchise
                              Corporation, and Veolia Transportation

8                               Services, Inc.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

**SUPERSHUTTLE FRANCHISE CORP.'S JOINDER RE REMOVAL TO FEDERAL COURT**

03940/2007-1080.080

1

## PROOF OF SERVICE

2

I am over the age of 18 and not a party to this action. My business address is 111 West

3

Ocean Blvd., Suite #1925, Long Beach, California 90802, which is located in the city, county and state where the mailing described below took place.

4

On June 17, 2008 I deposited in the United States Mail at Long Beach, California, a true

5

copy of:

6

### SUPERSHUTTLE FRANCHISE CORPORATION'S

7

### JOINDER IN NOTICE OF REMOVAL OF ACTION

8

on the interested parties named below, addressed as follows:

9

10

Aaron Kaufmann, Esq.                          Philip Monrad, Esq.
David Pogrel, Esq.                            Beth Ross, Esq.

11

Hinton, Alfert & Sumner                       Leonard Carder, LLP
1646 N. California Blvd., Suite 600           1330 Broadway, Suite 1450

12

Walnut Creek, CA 94596                        Oakland, CA 94612
[Attorneys for Plaintiffs]                    [Attorneys for Plaintiffs]

13

14

Daniel Feinberg, Esq.                         Peter Rukin, Esq.
Kirsten Scott, Esq.                           Rukin Hyland Doria & Tindall LLP

15

Lewis, Feinberg, Lee, Renaker                 100 Pine Street, Suite 725
& Jackson, P.C.                               San Francisco, CA 94111

16

1330 Broadway, Suite 1800                     [Attorneys for Plaintiffs]
Oakland, CA 94612

17

[Attorneys for Plaintiffs]

18

19

I declare under penalty of perjury that the foregoing is true and correct.

20

Executed on June 17, 2008 at Long Beach, California.

21

22

23

Henry Bella

24

25

26

27

28

1

**PROOF OF SERVICE**

03940/2007-1080.080