ORIGINAL

Andre Y. Bates, Esq., State Bar No. 178170
MARRON & ASSOCIATES
111 W. Ocean Blvd.
Suite 1925
Long Beach, CA 90802
Telephone (562) 432-7422
Facsimile (562) 432-8682
abates@marronlaw.com

Attorneys for Defendants SuperShuttle
International, Inc.; SuperShuttle Franchise
Corporation, and Veolia Transportation
Services, Inc.

FILED
JUN 17 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISCTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

ADR

| | |
|---|---|
| ROOSEVELT KAIRY, LARRY BROWN, WAYNE DICKSON, AND DRAKE OSMUN, on behalf of themselves, all other similarly situated, and the general public,<br><br>Plaintiffs,<br><br>vs.<br><br>SUPERSHUTTLE INTERNATIONAL, INC.; SUPERSHUTTLE FRANCHISE CORPORATION, AND VEOLIA TRANSPORTATION SERVICES, INC., dba SUPERSHUTTLE, AND DOES 1 through 20, inclusive,<br><br>Defendants. | Case No.: C08-02993 MEJ<br><br>VEOLIA TRANSPORTATION SERVICES, INC.'S JOINDER IN NOTICE OF REMOVAL OF ACTION |

///

///

1

**VEOLIA TRANSPORTATION SERVICES' JOINDER RE REMOVAL TO FEDERAL COURT**

03942/2007-1080.080

1   Defendant Veolia Transportation Services, Inc., hereby joins in SuperShuttle International,
2   Inc.'s Notice of Removal to this Court of the state court action described in the said Notice of
3   Removal.

5   DATED: June 17, 2008

_____
Andre Y. Bates, Esq.
Attorneys for Defendants SuperShuttle
International, Inc., SuperShuttle Franchise
Corporation, and Veolia Transportation
Services, Inc.

---

2

**VEOLIA TRANSPORTATION SERVICES' JOINDER RE REMOVAL TO FEDERAL COURT**

03942/2007-1080.080

# PROOF OF SERVICE

I am over the age of 18 and not a party to this action. My business address is 111 West Ocean Blvd., Suite #1925, Long Beach, California 90802, which is located in the city, county and state where the mailing described below took place.

On June 17, 2008 I deposited in the United States Mail at Long Beach, California, a true copy of:

**VEOLIA TRANSPORTATION SERVICES, INC.'S
JOINDER IN NOTICE OF REMOVAL OF ACTION**

on the interested parties named below, addressed as follows:

| | |
|---|---|
| Aaron Kaufmann, Esq.<br>David Pogrel, Esq.<br>Hinton, Alfert & Sumner<br>1646 N. California Blvd., Suite 600<br>Walnut Creek, CA 94596<br>[Attorneys for Plaintiffs] | Philip Monrad, Esq.<br>Beth Ross, Esq.<br>Leonard Carder, LLP<br>1330 Broadway, Suite 1450<br>Oakland, CA 94612<br>[Attorneys for Plaintiffs] |
| Daniel Feinberg, Esq.<br>Kirsten Scott, Esq.<br>Lewis, Feinberg, Lee, Renaker<br>& Jackson, P.C.<br>1330 Broadway, Suite 1800<br>Oakland, CA 94612<br>[Attorneys for Plaintiffs] | Peter Rukin, Esq.<br>Rukin Hyland Doria & Tindall LLP<br>100 Pine Street, Suite 725<br>San Francisco, CA 94111<br>[Attorneys for Plaintiffs] |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 17, 2008 at Long Beach, California.

_____
Henry Bella

03940/2007-1080.080