ORIGINAL



FILED
JUN 17 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

E-filing

FILE BY FAX

1  Andre Y. Bates, Esq., State Bar No. 178170
   MARRON & ASSOCIATES
2  111 W. Ocean Blvd.
   Suite 1925
3  Long Beach, CA 90802
   Telephone (562) 432-7422
4  Facsimile (562) 432-8682
   abates@marrronlaw.com
5
   Attorneys for Defendants SuperShuttle
6  International, Inc.; SuperShuttle Franchise
   Corporation, and Veolia Transportation
7  Services, Inc.

8                   UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
10                          OAKLAND DISTRICT                    ADR
11
12
13 ROOSEVELT KAIRY, LARRY BROWN,            Case No.: C08-02993 MEJ
   WAYNE DICKSON, AND DRAKE OSMUN,
14 on behalf of themselves, all other similarly   DECLARATION OF JUDY
   situated, and the general public,,            ROBERTSON IN SUPPORT OF
15                                                NOTICE OF REMOVAL
16        Plaintiffs,
              vs.                                 [Filed Concurrently with Notice of Removal
17                                                of Defendant SuperShuttle International,
   SUPERSHUTTLE INTERNATIONAL, INC.;              Inc. and Declaration of Andre Y. Bates in
18 SUPERSHUTTLE FRANCHISE                         Support of Removal]
   CORPORATION, AND VEOLIA
19 TRANSPORTATION SERVICES, INC., dba
   SUPERSHUTTLE, AND DOES 1 through 20,
20 inclusive,
21
          Defendants.
22
23
24
25
26
27
                                          1
28 ─────────────────────────────────────────────────────
                      DECLARATION OF JUDY ROBERTSON

03921/2007-1080.080

I, Judy Robertson, declare as follows:

1. I am the Vice President, Regulatory Affairs of SuperShuttle International, Inc. I am submitting this Declaration in support of SuperShuttle International's removal petition in the above-captioned action. Through my employment with SuperShuttle International I have personal knowledge of the matters set forth below, and if called as a witness, I could and would competently testify thereto.

2. In my position as Vice President, Regulatory Affairs I am familiar with the corporate filings of SuperShuttle International. SuperShuttle International is a Delaware Corporation with its principal place of business and corporate headquarters in Scottsdale, Arizona.

3. At paragraph 34 of the complaint, Plaintiffs allege that the proposed class consists of "[a]ll persons who are or have operated as [SuperShuttle] drivers" in California "during the period commencing four years from the filing of this action through the entry of final judgment in this action."

4. I have reviewed the complaint in this case. In my position as Vice President, Regulatory Affairs, I am familiar with the number of franchisees in California who have entered into SuperShuttle Unit Franchise Agreements. In reviewing the franchisee records I have ascertained the approximate number of franchisees in California for each of the past 4 years. In the year 2004 there were 228 franchisees, in 2005 there were 230 franchisees, in 2006 there were 317 franchisees, in 2007 there were 330 franchisees and in 2008 there are 328 franchisees. In addition to the current franchisees, there are 404 former franchisees.

///

///

///

2
**DECLARATION OF JUDY ROBERTSON**

1  I declare, under penalty of perjury under the laws of the United States of America that the
2  foregoing is true and correct.
3  Executed this 17th day of June, 2008 in Thousand Oaks, California.

*/s/ Judy Robertson*
Judy Robertson

---
3
**DECLARATION OF JUDY ROBERTSON**