Andre Y. Bates, Esq., State Bar No. 178170
MARRON & ASSOCIATES
111 W. Ocean Blvd.
Suite 1925
Long Beach, CA 90802
Telephone (562) 432-7422
Facsimile (562) 432-8682
abates@marrronlaw.com

Attorneys for Defendants SuperShuttle International, Inc.; SuperShuttle Franchise Corporation, and Veolia Transportation Services, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DISTRICT

ROOSEVELT KAIRY, LARRY BROWN, WAYNE DICKSON, AND DRAKE OSMUN, on behalf of themselves, all other similarly situated, and the general public,,

Plaintiffs,

vs.

SUPERSHUTTLE INTERNATIONAL, INC.; SUPERSHUTTLE FRANCHISE CORPORATION, AND VEOLIA TRANSPORTATION SERVICES, INC., dba SUPERSHUTTLE, and DOES 1 through 20, inclusive,

Defendants.

Case No.: 08-cv-02993-MEJ

Assigned to the Honorable Judge Maria-Elena James

**RULE 3-16 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

**RULE 3-16 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding: Defendant SuperShuttle International is affiliated with Veolia Transportation On Demand, Inc. and Veolia Transportation, Inc., subsidiaries of Veolia Environment, the shares of which are listed on the New York Stock Exchange. Individual officers, directors, shareholders or constituents whose identity may be responsive under Local Rule 3-16 are Brian Wier, Thomas Lavoy, Judy Robertson, James Gleich, David Bird, Mark Joseph, Mitchell Rouse, David Koscielak and Eugene Hauck.

Dated: June 19, 2008

MARRON & ASSOCIATES

By: /S/
Andre Y. Bates, Esq.
Attorneys for Defendants SuperShuttle International, Inc., SuperShuttle Franchise Corporation, and Veolia Transportation Services, Inc