| | |
|---|---|
| 1 | Andre Y. Bates, Esq., State Bar No. 178170 |
|  | MARRON & ASSOCIATES |
| 2 | 111 W. Ocean Blvd. |
|  | Suite 1925 |
| 3 | Long Beach, CA 90802 |
|  | Telephone (562) 432-7422 |
| 4 | Facsimile (562) 432-8682 |
|  | abates@marrronlaw.com |

Attorneys for Defendants SuperShuttle International, Inc.; SuperShuttle Franchise Corporation, and Veolia Transportation Services, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROOSEVELT KAIRY, LARRY BROWN, WAYNE DICKSON, AND DRAKE OSMUN, on behalf of themselves, all other similarly situated, and the general public,, | Case No.: 08-cv-02993-MEJ |
| Plaintiffs, | **REQUEST FOR REASSIGNMENT** |
| vs. | |
| SUPERSHUTTLE INTERNATIONAL, INC.; SUPERSHUTTLE FRANCHISE CORPORATION, AND VEOLIA TRANSPORTATION SERVICES, INC., dba SUPERSHUTTLE, AND DOES 1 through 20, inclusive, | |
| Defendants. | |

**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE FOR TRIAL AND DISPOSITION**

/ / /

/ / /

1

**REQUEST FOR REASSIGNMENT - 08-cv-02993-MEJ**

04130/2007-1080.080

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: July 7, 2008

MARRON & ASSOCIATES

By: _____/S/_____
Andre Y. Bates, Esq.
Attorneys for Defendants SuperShuttle International, Inc., SuperShuttle Franchise Corporation, and Veolia Transportation Services, Inc

2

**REQUEST FOR REASSIGNMENT - 08-cv-02993-MEJ**

04130/2007-1080.080