UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Roosevelt Kairy, et al.,　　　　　　　　　　　　　　No. C08-2993 MEJ

　　　　Plaintiff(s).
　　　　v.　　　　　　　　　　　　　　　　　　　NOTICE OF IMPENDING
　　　　　　　　　　　　　　　　　　　　　　　　REASSIGNMENT TO A UNITED
　　　　　　　　　　　　　　　　　　　　　　　　<u>STATES DISTRICT COURT JUDGE</u>

Supershuttle International, Inc, et al.,

　　　　Defendant(s).
_____/

　　　　The Clerk of this Court will now randomly reassign this case to a United States District Judge because either:

　　　　(1)　　One or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge, or,

　　　　(2)　　One or more of the parties has sought a kind of judicial action (e.g., a temporary restraining order) that a United States Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

　　　　The Case Management Conference set for **September 25, 2008** at **10:00 a.m.** is hereby **VACATED**.

Dated: July 8, 2008

　　　　　　　　　　　　　　　　　　　　　　　　Richard W. Wieking, Clerk
　　　　　　　　　　　　　　　　　　　　　　　　United States District Court

　　　　　　　　　　　　　　　　　　　　　　　　*Lashanda Scott*
　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　By: Lashanda Scott - Relief Deputy Clerk

reassign.DCT