**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

_____

www.cand.uscourts.gov

| | |
|---|---|
| Richard W. Wieking<br>Clerk | General Court Number<br>415.522.2000 |

**July 8, 2008**

CASE NUMBER:  CV 08-02993 MEJ
CASE TITLE:  ROOSEVELT KAIRY-v-SUPERSHUTTLE INTERNATIONAL, INC.

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Francisco** division.

**Honorable JEFFERY S. WHITE** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **JSW** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 7/8/08

FOR THE EXECUTIVE COMMITTEE:

_____
                                                            Clerk

NEW CASE FILE CLERK:

| | |
|---|---|
| Copies to: Courtroom Deputies<br>Log Book Noted | Special Projects<br>Entered in Computer 7/8/08AS |

CASE SYSTEMS ADMINISTRATOR:
| | |
|---|---|
| Copies to:  All Counsel | Transferor CSA |