Andre Y. Bates, Esq., State Bar No. 178170
MARRON & ASSOCIATES
111 W. Ocean Blvd.
Suite 1925
Long Beach, CA 90802
Telephone (562) 432-7422
Facsimile (562) 432-8682
abates@marronlaw.com

Attorneys for Defendants SuperShuttle
International, Inc.; SuperShuttle Franchise
Corporation, and Veolia Transportation
Services, Inc.

UNITED STATES DISCTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROOSEVELT KAIRY, LARRY BROWN, WAYNE DICKSON, AND DRAKE OSMUN, on behalf of themselves, all other similarly situated, and the general public,<br><br>            Plaintiffs,<br>vs.<br><br>SUPERSHUTTLE INTERNATIONAL, INC.; SUPERSHUTTLE FRANCHISE CORPORATION, AND VEOLIA TRANSPORTATION SERVICES, INC., dba SUPERSHUTTLE, and DOES 1 through 20, inclusive,<br><br>            Defendants. | Case No.: C 08-02993 JSW<br><br>**CERTIFICATE OF SERVICE OF ORDER SETTING CASE MANGEMENT CONFERENCE AND REQUIRING JOINT CASE MANAGEMENT CONFERENCE STATEMENT** |

I, Sheryl Covey, hereby declare as follows:

I am employed by Marron & Associates, 111 W. Ocean Blvd., Suite 1925, Long Beach, California 90802, which is located in the city, county and state where the mailing described below took place. I am over the age of eighteen years and am not a party to this action.

1

---
**CERTIFICATE OF SERVICE OF ORDER SETTING CASE MANAGEMENT CONF. – 08-cv-02993-MEJ**
03938/2007-1080.080

On July 9, 2008, I deposited in the United States Mail at Long Beach, California, a copy of the Order Setting Case Management Conference And Requiring Joint Case Management Conference Statement on the parties below:

| | |
|---|---|
| Aaron Kaufmann, Esq.<br>David Pogrel, Esq.<br>Hinton, Alfert & Sumner<br>1646 N. California Blvd., Suite 600<br>Walnut Creek, CA 94596<br>[Attorneys for Plaintiffs] | Philip Monrad, Esq.<br>Beth Ross, Esq.<br>Leonard Carder, LLP<br>1330 Broadway, Suite 1450<br>Oakland, CA 94612<br>[Attorneys for Plaintiffs] |
| Daniel Feinberg, Esq.<br>Kirsten Scott, Esq.<br>Lewis, Feinberg, Lee, Renaker & Jackson, P.C.<br>1330 Broadway, Suite 1800<br>Oakland, CA 94612<br>[Attorneys for Plaintiffs] | Peter Rukin, Esq.<br>Rukin Hyland Doria & Tindall LLP<br>100 Pine Street, Suite 725<br>San Francisco, CA 94111<br>[Attorneys for Plaintiffs] |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 9, 2008, at Long Beach, California.

Sheryl Covey

CERTIFICATE OF SERVICE OF ORDER SETTING CASE MANAGEMENT CONF. – 08-cv-02993-MEJ
03938/2007-1080.080