1   Aaron Kaufmann, Esq., SBN 148580
    David Pogrel, Esq., SBN 203787
2   HINTON, ALFERT & SUMNER
    1646 N. California Blvd., Suite #600
3   Walnut Creek, CA 94596
    Telephone: (925) 932-6006
4   Facsimile: (925) 932-3412
    E-mail: kaufmann@hinton-law.com
5   E-mail: pogrel@hinton-law.com

6   Philip Monrad, Esq., SBN 151073
    Beth Ross, Esq., SBN 141337
7   LEONARD CARDER, LLP
    1330 Broadway, Suite 1450
8   Oakland, CA 94612
9   Telephone: (510) 272-0169
    Facsimile: (510) 272-0174
10  E-mail: pmonrad@leonardcarder.com
11  E-mail: bross@leonardcarder.com

12  Attorneys for PLAINTIFFS
    Additional Counsel Listed on Next Page
13
                UNITED STATES DISTRICT COURT
14
              NORTHERN DISTRICT OF CALIFORNIA
15

16  ROOSEVELT KAIRY, LARRY          | No. 3:08-CV-02993 JSW
    BROWN, WAYNE DICKSON, and       |
17  DRAKE OSMUN, on behalf of       | **PROOF OF SERVICE OF ORDER**
    themselves, all others similarly situated, | **SETTING CASE MANAGEMENT**
18  and the general public,         | **CONFERENCE AND REQUIRING**
                                    | **JOINT CASE MANAGEMENT**
19          Plaintiffs,             | **CONFERENCE STATEMENT**

20      v.

21  SUPERSHUTTLE INTERNATIONAL,
    INC.; SUPERSHUTTLE FRANCHISE
22  CORPORATION and VEOLIA
    TRANSPORTATION SERVICES, INC.,
23  d.b.a. SUPERSHUTTLE, and DOES 1
    through 20, inclusive,
24
            Defendants.
25

26

27

28

PROOF OF SERVICE - 3:08-CV-02993 MEJ              - 1 -

1  Additional Counsel for Plaintiffs

2  Daniel Feinberg, Esq., SBN 135983
   Kirsten Scott, Esq., SBN 253464
3  LEWIS, FEINBERG, LEE, RENAKER
      & JACKSON, P.C.
4  1330 Broadway, Suite 1800
   Oakland, California  94612
5  Telephone: (510) 839-6824
   Facsimile:  (510) 839-7839
6  E-mail: DFeinberg@lewisfeinberg.com
   E-mail: kscott@lewisfeinberg.com
7
   Peter Rukin, Esq., SBN 178336
8  RUKIN HYLAND DORIA & TINDALL LLP
   100 Pine Street, Suite 725
9  San Francisco, CA 94111
   Telephone: (415) 421-1800
10 Facsimile:  (415) 421-1700
   E-mail: peterrukin@rhdtlaw.com
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PROOF OF SERVICE**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 1646 N. California Blvd., Suite #600, , Walnut Creek, California 94596. On July 10, 2008, I served the within documents:

**ORDER SETTING CASE MANAGEMENT CONFERENCE AND REQUIRING JOINT CASE MANAGEMENT CONFERENCE STATEMENT**

( )        by transmitting via facsimile the document(s) listed above to the fax number(s) set for below on this date before 5:00 p.m.

( X )        by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Walnut Creek, California, addressed as set forth below.

( )        by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

( X )        by e-mail.

**SEE ATTACHED SERVICE LIST**

I am readily familiar with the business practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the US Postal Service that same day in the ordinary course of business.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on July 10, 2008, at Walnut Creek, California.

_____
TRINA D. ADKINS

- 1 -

1

2

**SERVICE LIST**

3

4

**Co-counsel for Plaintiffs**                    **Counsel for Defendants**

5

Daniel M. Feinberg, Esq.                         Mr. Paul Marron
Lewis, Feinberg, Renaker & Jackson               Marron & Associates
6

1330 Broadway, Suite 1800                        111 West Ocean Blvd., Suite 1925
Oakland, CA  94612-2519                           Long Beach, California  90802
Fax Number: (510) 839-7839                        Fax Number: (562) 432-8682

7

8

Mr. Peter Rukin
Rukin Hyland Doria & Tindall LLP
100 Pine Street, Suite 725
9

San Francisco, California  94111
Fax Number: (415) 421-1700

10

11

Mr. Philip Monrad
Leonard Carder Nathan et al.
1330 Broadway,
12

Suite 1450
Oakland, CA  94612
13

Fax Number: (510) 272-0174

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -