Andre Y. Bates, Esq., State Bar No. 178170
MARRON & ASSOCIATES
111 W. Ocean Blvd.
Suite 1925
Long Beach, CA 90802
Telephone (562) 432-7422
Facsimile (562) 432-8682
abates@marronlaw.com

Attorneys for Defendants SuperShuttle
International, Inc.; SuperShuttle Franchise
Corporation, and Veolia Transportation
Services, Inc.

UNITED STATES DISCTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROOSEVELT KAIRY, LARRY BROWN, WAYNE DICKSON, AND DRAKE OSMUN, on behalf of themselves, all other similarly situated, and the general public,<br><br>Plaintiffs,<br>vs.<br><br>SUPERSHUTTLE INTERNATIONAL, INC.; SUPERSHUTTLE FRANCHISE CORPORATION, AND VEOLIA TRANSPORTATION SERVICES, INC., dba SUPERSHUTTLE, and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No.: C 08-02993 JSW<br><br>**CERTIFICATE OF SERVICE OF ORDER SETTING CASE MANGEMENT CONFERENCE AND REQUIRING JOINT CASE MANAGEMENT CONFERENCE STATEMENT** |

I, Sheryl Covey, hereby declare as follows:

I am employed by Marron & Associates, 111 W. Ocean Blvd., Suite 1925, Long Beach, California 90802, which is located in the city, county and state where the mailing described below took place. I am over the age of eighteen years and am not a party to this action.

1

On July 9, 2008, I deposited in the United States Mail at Long Beach, California, a copy of the Order Setting Case Management Conference And Requiring Joint Case Management Conference Statement on the parties below:

| | |
|---|---|
| Aaron Kaufmann, Esq.<br>David Pogrel, Esq.<br>Hinton, Alfert & Sumner<br>1646 N. California Blvd., Suite 600<br>Walnut Creek, CA  94596<br>[Attorneys for Plaintiffs] | Philip Monrad, Esq.<br>Beth Ross, Esq.<br>Leonard Carder, LLP<br>1330 Broadway, Suite 1450<br>Oakland, CA  94612<br>[Attorneys for Plaintiffs] |
| Daniel Feinberg, Esq.<br>Kirsten Scott, Esq.<br>Lewis, Feinberg, Lee, Renaker<br>& Jackson, P.C.<br>1330 Broadway, Suite 1800<br>Oakland, CA  94612<br>[Attorneys for Plaintiffs] | Peter Rukin, Esq.<br>Rukin Hyland Doria & Tindall LLP<br>100 Pine Street, Suite 725<br>San Francisco, CA  94111<br>[Attorneys for Plaintiffs] |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 9, 2008, at Long Beach, California.

*Sheryl Covey*