1  Aaron Kaufmann, Esq., SBN 148580
2  David Pogrel, Esq., SBN 203787
   HINTON, ALFERT & SUMNER
3  1646 N. California Blvd., Suite #600
   Walnut Creek, CA 94596
4  Telephone: (925) 932-6006
   Facsimile:  (925) 932-3412
5  E-mail: kaufmann@hinton-law.com
   E-mail: pogrel@hinton-law.com

6  Philip Monrad, Esq., SBN 151073
   Beth Ross, Esq., SBN 141337
7  LEONARD CARDER, LLP
   1330 Broadway, Suite 1450
8  Oakland, CA 94612
9  Telephone: (510) 272-0169
   Facsimile:  (510) 272-0174
10 E-mail: pmonrad@leonardcarder.com
11 E-mail: bross@leonardcarder.com

12 Attorneys for PLAINTIFFS
   Additional Counsel Listed on Next Page

13

14                      UNITED STATES DISTRICT COURT

15                      NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROOSEVELT KAIRY, LARRY BROWN, WAYNE DICKSON, and DRAKE OSMUN, on behalf of themselves, all others similarly situated, and the general public,<br><br>Plaintiffs,<br><br>v.<br><br>SUPERSHUTTLE INTERNATIONAL, INC.; SUPERSHUTTLE FRANCHISE CORPORATION and VEOLIA TRANSPORTATION SERVICES, INC., d.b.a. SUPERSHUTTLE, and DOES 1 through 20, inclusive,<br><br>Defendants. | No. 3:08-CV-02993 JSW<br><br>STIPULATION AND [proposed] ORDER ALLOWING THE FILING OF A FIRST AMENDED COMPLAINT |

STIPULATION AND [proposed] ORDER ALLOWING THE                - 1 -
FILING OF A FIRST AMENDED COMPLAINT - 3:08-CV-
02993 MEJ

| | |
|---|---|
| 1 | Additional Counsel for Plaintiffs |
| 2 | Daniel Feinberg, Esq., SBN 135983<br>Kirsten Scott, Esq., SBN 253464 |
| 3 | LEWIS, FEINBERG, LEE, RENAKER<br>  & JACKSON, P.C. |
| 4 | 1330 Broadway, Suite 1800<br>Oakland, California 94612 |
| 5 | Telephone: (510) 839-6824<br>Facsimile: (510) 839-7839 |
| 6 | E-mail: DFeinberg@lewisfeinberg.com<br>E-mail: kscott@lewisfeinberg.com |
| 7 | |
| 8 | Peter Rukin, Esq., SBN 178336<br>RUKIN HYLAND DORIA & TINDALL LLP |
| 9 | 100 Pine Street, Suite 725<br>San Francisco, CA 94111 |
| 10 | Telephone: (415) 421-1800<br>Facsimile: (415) 421-1700 |
| 11 | E-mail: peterrukin@rhdtlaw.com |

STIPULATION AND [PROPOSED] ORDER ALLOWING THE FILING OF A FIRST AMENDED COMPLAINT

The parties to this lawsuit, by and through their respective counsel, do hereby stipulate to the filing of the First Amended Complaint attached as Exhibit A hereto.

DATED: 9/12/08

HINTON, ALBERT & SUMNER

By: _____
AARON KAUFMANN
Attorneys for PLAINTIFFS

DATED: 9/12/08

MARRON & ASSOCIATES

By: _____
ANDRE Y. BATES
Attorneys for DEFENDANTS

Pursuant to stipulation, Plaintiffs shall be allowed to file the First Amended Complaint attached as Exhibit A hereto, and the Clerk is directed to file said First Amended Complaint.

DATED: September 16, 2008

_____
Hon. Jeffrey S. White
Judge of the District Court

STIPULATION AND [PROPOSED] ORDER ALLOWING THE FILING OF A FIRST AMENDED COMPLAINT