# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

KAIRY, et al.

Plaintiff(s),

CASE NO. 3:08-CV-02993 JSW

v.

SUPERSHUTTLE INTERNATIONAL

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

Defendant(s).

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
Non-binding Arbitration (ADR L.R. 4)
Early Neutral Evaluation (ENE) (ADR L.R. 5)
Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
✓ Private ADR *(please identify process and provider)* _____
PRIVATE MEDIATION TO BE CONDUCTED AFTER CLOSE OF CLASS CERTIFICATION DISCOVERY, PRESUMPTIVELY BY APRIL 2009. MEDIATORS TO BE SELECTED IN EARLY 2009.

The parties agree to hold the ADR session by:

    the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

    ✓ other requested deadline MAY 1, 2009

Dated: 9/26/08

Dated: 9/24/08

Attorney for Plaintiff

Attorney for Defendant

[~~PROPOSED~~] **ORDER**

    Pursuant to the Stipulation above, the captioned matter is hereby referred to:
        Non-binding Arbitration
        Early Neutral Evaluation (ENE)
        Mediation
        (Private ADR)

    Deadline for ADR session
        90 days from the date of this order.
        other        by May 1, 2009

IT IS SO ORDERED.

Dated: September 26, 2008

                                                *Jeffrey S. White*
                            UNITED STATES ~~MAGISTRATE~~ JUDGE
                                          DISTRICT