UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROOSEVELT KAIRY, <br><br>      Plaintiff(s), <br><br>v. <br><br>SUPERSHUTTLE INTERNATIONAL, INC., <br><br>      Defendant(s). | No. C08-2993 JSW (BZ) <br><br>**SECOND DISCOVERY ORDER** |

At the request of the parties, **IT IS HEREBY ORDERED** that a discovery conference pursuant to Rules 16 and 26 is scheduled for **December 1, 2008 at 1:30 p.m.**, in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

**IT IS FURTHER ORDERED** that by no later than **Friday, November 14, 2008**, each side shall submit its proposed discovery plan.

**IT IS FURTHER ORDERED** that by no later than **Friday, November 21, 2008** each side shall submit any objections it has to the other side's discovery plan that are not immediately apparent from comparing the two proposed plans.

Dated: November 10, 2008

                                    Bernard Zimmerman
                         United States Magistrate Judge