Aaron Kaufmann, Esq., SBN 148580
David Pogrel, Esq., SBN 203787
HINTON, ALFERT & SUMNER
1646 N. California Blvd., Suite #600
Walnut Creek, CA 94596
Telephone: (925) 932-6006
Facsimile: (925) 932-3412
E-mail: kaufmann@hinton-law.com
E-mail: pogrel@hinton-law.com

Philip Monrad, Esq., SBN 151073
Beth Ross, Esq., SBN 141337
LEONARD CARDER, LLP
1330 Broadway, Suite 1450
Oakland, CA 94612
Telephone: (510) 272-0169
Facsimile: (510) 272-0174
E-mail: pmonrad@leonardcarder.com
E-mail: bross@leonardcarder.com

Attorneys for PLAINTIFFS
Additional Counsel Listed on Next Page

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROOSEVELT KAIRY, LARRY BROWN, WAYNE DICKSON, and DRAKE OSMUN, HARJINDER SINGH DIETZ, on behalf of themselves, all others similarly situated, and the general public,<br><br>Plaintiffs,<br><br>v.<br><br>SUPERSHUTTLE INTERNATIONAL, INC.; SUPERSHUTTLE FRANCHISE CORPORATION and VEOLIA TRANSPORTATION SERVICES, INC., d.b.a. SUPERSHUTTLE, and DOES 1 through 20, inclusive,<br><br>Defendants. | No. 3:08-CV-02993 JSW<br><br>STIPULATION AND [PROPOSED] ORDER RE DISMISSAL OF DEFENDANT VEOLIA TRANSPORTATION SERVICES, INC. |

1     IT IS HEREBY STIPULATED by parties to this lawsuit, by and through their respective counsel of record that Defendant VEOLIA TRANSPORTATION SERVICES, INC. be dismissed from this action without prejudice.

    IT IS FURTHER STIPULATED that the applicable statute of limitations on all claims asserted against VEOLIA TRANSPORTATION SERVICES, INC. by Plaintiffs in the First Amended Complaint in this matter are tolled as of the date of filing of the original Complaint and will remain tolled during the pendency of this litigation.

    No consideration, direct or indirect, has been given for this dismissal. No class has been certified in this action.

DATED: 1/08/09

HINTON, ALFERT & SUMNER

By: _____
AARON KAUFMANN
Attorneys for PLAINTIFFS

DATED: 1-7-09

MARRON & ASSOCIATES

By: _____
STEVEN C. RICE
Attorneys for DEFENDANTS

STIPULATION AND [PROPOSED] ORDER RE DISMISSAL   - 1 -
OF DEFENDANT VEOLIA TRANSPORTATION SERVICES,
INC. - 3:08-CV-02993-JSW

IT IS HEREBY ORDERED that Defendant VEOLIA TRANSPORTATION SERVICES, INC. be dismissed from this action without prejudice.

IT IS FURTHER ORDERED that the applicable statute of limitations on all claims asserted against VEOLIA TRANSPORTATION SERVICES, INC. by Plaintiffs in the First Amended Complaint in this matter are tolled as of the date of filing of the original Complaint and will remain tolled during the pendency of this litigation.

DATED: January 9, 2009

_____
Hon. Jeffrey S. White
Judge of the District Court

STIPULATION AND [PROPOSED] ORDER RE DISMISSAL - 2 -
OF DEFENDANT VEOLIA TRANSPORTATION SERVICES,
INC. - 3:08-CV-02993 JSW