Aaron Kaufmann, Esq., SBN 148580
David Pogrel, Esq., SBN 203787
HINTON, ALFERT & SUMNER
1646 N. California Blvd., Suite #600
Walnut Creek, CA 94596
Telephone: (925) 932-6006
Facsimile: (925) 932-3412
E-mail: kaufmann@hinton-law.com
E-mail: pogrel@hinton-law.com

Philip Monrad, Esq., SBN 151073
Beth Ross, Esq., SBN 141337
LEONARD CARDER, LLP
1330 Broadway, Suite 1450
Oakland, CA 94612
Telephone: (510) 272-0169
Facsimile: (510) 272-0174
E-mail: pmonrad@leonardcarder.com
E-mail: bross@leonardcarder.com

Attorneys for PLAINTIFFS
Additional Counsel Listed on Next Page

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROOSEVELT KAIRY, LARRY BROWN, WAYNE DICKSON, and DRAKE OSMUN, HARJINDER SINGHDIETZ, on behalf of themselves, all others similarly situated, and the general public,<br><br>Plaintiffs,<br><br>v.<br><br>SUPERSHUTTLE INTERNATIONAL, INC.; SUPERSHUTTLE FRANCHISE CORPORATION and VEOLIA TRANSPORTATION SERVICES, INC., d.b.a. SUPERSHUTTLE, and DOES 1 through 20, inclusive,<br><br>Defendants. | No. 3:08-CV-02993 JSW<br><br>STIPULATION AND [PROPOSED] ORDER ALLOWING THE FILING OF A SECOND AMENDED COMPLAINT |

STIPULATION AND [PROPOSED] ORDER ALLOWING THE    - 1 -
FILING OF A SECOND AMENDED COMPLAINT - 3:08-CV-
02993 JSW

# STIPULATION

IT IS HEREBY STIPULATED by parties to this lawsuit, by and through their respective counsel of record that Plaintiffs shall be allowed to file the Second Amended Complaint attached as Exhibit A hereto.

IT IS FURTHER STIPULATED that Defendants will have until January 31, 2009 to file an answer, any other responsive pleading, or counter-claim to Plaintiffs' Second Amended Complaint on or before January 31, 2009. Alternatively, Defendants may elect not to file a responsive pleading, in which case the Defendants' Answer on file will be deemed the responsive pleading to the Second Amended Complaint.

DATED: Jan 8, 2009

HINTON, ALFERT & SUMNER

By: _____
AARON KAUFMANN
Attorneys for PLAINTIFFS

DATED: 7th Jan, 2009

MARRON & ASSOCIATES

By: _____
PAUL MARRON
Attorneys for DEFENDANTS

# ORDER

Pursuant to stipulation, Plaintiffs shall be allowed to file the Second Amended Complaint attached as Exhibit A hereto.

It is further ordered that Defendants have until January 31, 2009 to file an answer, any other responsive pleading, or counter-claim to Plaintiffs' Second Amended Complaint on or before January 31, 2009. Should Defendants elect not to file a responsive pleading, the Defendants' Answer on file will be deemed the responsive pleading to the Second Amended Complaint.

The Clerk is directed to file said Second Amended Complaint.

DATED: January 9, 2009

Hon. Jeffrey S. White
Judge of the District Court

STIPULATION AND [PROPOSED] ORDER ALLOWING THE FILING OF A SECOND AMENDED COMPLAINT - 3:08-CV-02993 JSW

- 2 -