Paul Marron, Esq., State Bar No. 128245
Steven C. Rice, Esq., State Bar No. 109659
MARRON & ASSOCIATES
111 W. Ocean Blvd., Suite 1925
Long Beach, CA 90802
(562) 432-7422
Telephone (562) 432-7422
Facsimile (562) 432-8682
abates@marronlaw.com

Attorneys for Defendants SUPERSHUTTLE
INTERNATIONAL, INC. and SUPERSHUTTLE
FRANCHISE CORPORATION

# UNITED STATES DISCTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ROOSEVELT KAIRY, LARRY BROWN, WAYNE DICKSON, DRAKE OSMUN, AND HARJINDER SINGHDIETZ ON BEHALF OF THEMSELVES, ALL OTHER SIMILARLY SITUATED, AND THE GENERAL PUBLIC,<br><br>Plaintiffs,<br>vs.<br><br>SUPERSHUTTLE INTERNATIONAL, INC.; SUPERSHUTTLE FRANCHISE CORPORATION; AND VEOLIA TRANSPORTATION SERVICES, INC., DBA SUPERSHUTTLE, AND DOES 1 THROUGH 20, INCLUSIVE, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 3:08-cv-02993 JSW(BZ)<br><br>**Assigned to Hon. Jeffrey S. White**<br><br>STIPULATION AND [PROPOSED] ORDER ALLOWING THE FILING OF RESPONSIVE PLEADING TO SECOND AMENDED COMPLAINT BY DEFENDANTS, ON OR BEFORE FEBRUARY 26, 2009<br><br>Complaint Filed: May 8, 2008<br>Trial Date: |

-1-

# STIPULATION

WHEREAS defendants have recently filed 54 consents in regard to the putative collective action as to their claims based upon the Fair Labor Standards Act, and plaintiffs have obtained an extension of time in which to serve responses to defendants' first set of document requests; and WHEREAS defendants wish to consider this information prior to filing their responsive pleadings to the Second Amended Complaint, to consider whether the information may affect the substance of the pleadings, and to minimize the need for subsequent motions and/or pleadings.

IT IS HEREBY STIPULATED by parties to this lawsuit, by and through their respective counsel of record that Defendants shall be allowed to file any responsive pleadings to Plaintiffs' Second Amended Complaint on or before February 26, 2009. Alternatively, Defendants may elect not to file a responsive pleading, in which case the Defendants' Answer on file will be deemed the responsive pleading to the Second Amended Complaint.

DATED: 1/28/09

MARRON & ASSOCIATES

By: _____
PAUL J. MARRON
STEVEN C. RICE
Attorneys for DEFENDANTS

DATED: Jan. 28, 2009

HINTON, ALBERT & SUMNER

By: _____
AARON KAUFMANN
Attorneys for PLAINTIFFS

-2-

Case No. 3:08-cv-02993 JSW(BZ)
STIPULATION AND [PROPOSED] ORDER PERMITTING RESPONSE TO 2D AMEND. COMPLAINT BY FEB. 26, 2009
07033/2007-1080.080

## ORDER

Pursuant to stipulation, it is ordered that Defendants shall be allowed to file any responsive pleadings to Plaintiffs' Second Amended Complaint on or before February 26, 2009. Alternatively, Defendants may elect not to file a responsive pleading, in which case the Defendants' Answer on file will be deemed the responsive pleading to the Second Amended Complaint.

DATED: January 29, 2009

*[signature: Jeffrey S. White]*

Hon. Jeffrey S. White
Judge of the District Court

-3-

Case No. 3:08-cv-02993 JSW(BZ)
STIPULATION AND [PROPOSED] ORDER PERMITTING RESPONSE TO 2D AMEND. COMPLAINT BY FEB. 26, 2009
97033/2007-1030.080