```
 1  Paul Marron, Esq., State Bar No. 128245
    Steven C. Rice, Esq., State Bar No. 109659
 2  MARRON & ASSOCIATES
    111 W. Ocean Blvd., Suite 1925
 3  Long Beach, CA 90802
    (562) 432-7422
 4  Telephone (562) 432-7422
    Facsimile (562) 432-8682
 5  abates@marronlaw.com

 6  Attorneys for Defendants SUPERSHUTTLE
    INTERNATIONAL, INC. and SUPERSHUTTLE
 7  FRANCHISE CORPORATION

 8

 9              UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11              SAN FRANCISCO DIVISION

12
```

| | |
|---|---|
| ROOSEVELT KAIRY, LARRY BROWN, WAYNE DICKSON, DRAKE OSMUN, AND HARJINDER SINGHDIETZ ON BEHALF OF THEMSELVES, ALL OTHER SIMILARLY SITUATED, AND THE GENERAL PUBLIC,<br><br>      Plaintiffs,<br>vs.<br><br>SUPERSHUTTLE INTERNATIONAL, INC.; SUPERSHUTTLE FRANCHISE CORPORATION;<br><br>      Defendants.<br><br>AND COUNTERCLAIMS | Case No.: 3:08-cv-02993 JSW(BZ)<br><br>STIPULATION AND [PROPOSED] ORDER REGARDING AMENDED BRIEFING AND HEARING SCHEDULE FOR PLAINTIFFS' MOTION TO FACILITATE COLLECTIVE ACTION NOTICE<br><br>Complaint Filed: May 8, 2008<br>Trial Date: |

-1-

STIPULATION AND [PROPOSED] ORDER RE BRIEFING/HEARING SCHEDULE
FOR PLAINTIFFS' MOTION TO FACILITATE COLLECTIVE ACTION NOTICE

Case No. 3:08-cv-02993 JSW(BZ)

## STIPULATION

WHEREAS Plaintiffs recently filed a Motion to Facilitate Collective Action Notice under the Fair Labor Standards Act, 29 U.S.C. §216(b);

WHEREAS by this Court's order the hearing on Plaintiffs' motion is currently set for April 10, 2009, with Defendants' opposition brief due on March 5, 2009, and Plaintiffs' reply brief due on March 12, 2009; and

WHEREAS Defendants seek additional time in which to address the factual allegations and legal issues raised in plaintiffs' motion.

IT IS HEREBY STIPULATED by parties to this lawsuit, by and through their respective counsel of record that Defendants shall be allowed to file any opposition or other responsive pleading in regard to Plaintiffs' pending Motion to Facilitate Collective Action Notice on or before April 2, 2009, and Plaintiffs' reply thereto (if any) shall be due on or before April 9, 2009. The parties have agreed that the Court may reset the hearing of this matter for the earliest date thereafter that is consistent with the Court's calendar. Any limitations of actions applicable to persons who sign consent forms after March 5, 2009 shall be tolled for the period from March 5, 2009 to the date upon which the Court 1) hears Plaintiffs' Motion to Facilitate Collective Action Notice, or 2) issues its ruling thereon, whichever date is earlier.

DATED: 2/26/09

MARRON & ASSOCIATES

By: _____
PAUL J. MARRON
STEVEN C. RICE
Attorneys for DEFENDANTS

DATED: 2/26/09

HINTON, ALFERT & SUMNER

By: _____
AARON KAUFMANN Philip C. Monrad
Attorneys for PLAINTIFFS

-2-

STIPULATION AND [PROPOSED] ORDER RE BRIEFING/HEARING SCHEDULE
FOR PLAINTIFFS' MOTION TO FACILITATE COLLECTIVE ACTION NOTICE

Case No. 3:08-cv-02993 JSW(BZ)

1 [PROPOSED] <u>ORDER</u>
2
3       Pursuant to stipulation, it is ordered that Defendants shall be allowed to file any
4 opposition or other responsive pleading in regard to Plaintiffs' pending Motion to
5 Facilitate Collective Action Notice on or before April 2, 2009, and Plaintiffs' reply thereto
6 (if any) shall be due on or before April 9, 2009.
7       The hearing of Plaintiffs' pending Motion to Facilitate Collective Action Notice
8 shall take place on __May 22__, 2009 at _9_ : _00_ A. .M., in Courtroom 11 of this
9 court, located at 450 Golden Gate Avenue, San Francisco, California.
10
11 DATED: March 2, 2009                    /s/ Jeffrey S. White
12                                         Hon. Jeffrey S. White
                                           U.S. District Court Judge
13

-3-

Case No. 3:08-cv-02993 JSW(BZ)
STIPULATION AND [PROPOSED] ORDER RE BRIEFING/HEARING SCHEDULE
FOR PLAINTIFFS' MOTION TO FACILITATE COLLECTIVE ACTION NOTICE
07033/2007-10P0.060