Paul Marron, Esq., State Bar No. 128245
Steven C. Rice, Esq., State Bar No. 109659
MARRON & ASSOCIATES
111 W. Ocean Blvd., Suite 1925
Long Beach, CA 90802
(562) 432-7422
Telephone (562) 432-7422
Facsimile (562) 432-8682
abates@marronlaw.com

Attorneys for Defendants SUPERSHUTTLE INTERNATIONAL, INC. and SUPERSHUTTLE FRANCHISE CORPORATION

UNITED STATES DISCTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROOSEVELT KAIRY, LARRY BROWN, WAYNE DICKSON, DRAKE OSMUN, AND HARJINDER SINGHDIETZ ON BEHALF OF THEMSELVES, ALL OTHER SIMILARLY SITUATED, AND THE GENERAL PUBLIC,<br><br>Plaintiffs,<br><br>vs.<br><br>SUPERSHUTTLE INTERNATIONAL, INC.; SUPERSHUTTLE FRANCHISE CORPORATION; AND VEOLIA TRANSPORTATION SERVICES, INC., DBA SUPERSHUTTLE, AND DOES 1 THROUGH 20, INCLUSIVE, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 3:08-cv-02993 JSW(BZ)<br><br>STIPULATION AND [PROPOSED] ORDER RE CONTINUANCE OF CASE MANAGEMENT CONFERENCE CURRENTLY SET FOR MAY 8, 2009 |

-1-

## STIPULATION

WHEREAS the parties to this action have scheduled a mediation of the matter for April 29, 2009, and are currently involved in extensive ongoing discovery, including depositions and document production, and

WHEREAS pending motion to facilitate notice, which incorporates a request for conditional certification of the proposed collective action as to plaintiffs' claims under the federal Fair Labor Standards Act, is set for hearing on May 22, 2009, and

WHEREAS the Case Management Conference in this action is set for May 8, 2009, with the parties' joint case management report due May 1, 2009, and

WHEREAS the positions taken, proposed litigation schedule(s) and issues to be addressed in regard to the Case Management Conference may be significantly impacted based upon the Court's ruling on the motion to facilitate notice and the parties' response thereto,

THE PARTIES HEREBY STIPULATE AND REQUEST that the Case Management Conference in this matter be continued to June 29, 2009, at 1:30 p.m., a date approved by the Court's calendar clerk.

DATED: April 24, 2009        MARRON & ASSOCIATES

By: _____
PAUL J. MARRON
STEVEN C. RICE
Attorneys for DEFENDANTS

DATED: April 24, 2009        HINTON, ALFERT & SUMNER

By: _____
AARON KAUFMANN
Attorneys for PLAINTIFFS

-2-

STIPULATION AND [PROPOSED] ORDER RE CONTINUANCE OF CASE MANAGEMENT CONFERENCE CURRENTLY SET FOR MAY 8, 2009

Case No. 3:08-cv-02993 JSW(BZ)

[PROPOSED] ORDER
~~[PROPOSED]~~

Pursuant to stipulation, it is ordered that the Case Management Conference in this matter be continued to ~~June 29, 2009, at 1:30 p.m.~~ June 26, 2009 at 1:30 p.m.

The parties' joint Case Management Statement shall be filed __7__ days prior thereto.

DATED: April 27, 2009

Hon. Jeffrey S. White
Judge of the District Court

-3-

Case No. 3:08-cv-02993 JSW(BZ)
STIPULATION AND [PROPOSED] ORDER RE CONTINUANCE OF CASE MANAGEMENT CONFERENCE CURRENTLY SET FOR MAY 8, 2009