Paul Marron, Esq., State Bar No. 128245
Steven C. Rice, Esq., State Bar No. 109659
Andre Y. Bates, Esq., State Bar No. 178170
MARRON & ASSOCIATES
320 Golden Shore, Suite 410
Long Beach, CA 90802
Tel.: 562.432.7422
Fax: 562.432.8682
E-mail: pmarron@marronlaw.com
E-mail: abates@marronlaw.com

Robert Jon Hendricks, Esq., State Bar No. 179751
Albert Huang, Esq., State Bar No. 193005
Morgan, Lewis & Bockius LLP
300 South Grand Avenue, Twenty-Second Floor
Los Angeles, CA 90071-3132
Tel.: 213.612.2500
Fax: 213.612.2501
E-mail: rhendricks@morganlewis.com
E-mail: ahuang@morganlewis.com

Attorneys for Defendants SUPERSHUTTLE INTERNATIONAL, INC.; SUPERSHUTTLE FRANCHISE CORPORATION,

Additional Counsel Listed on Next Page

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DISTRICT

| | |
|---|---|
| ROOSEVELT KAIRY, LARRY BROWN, WAYNE DICKSON, DRAKE OSMUN, AND HARJINDER SINGHDIETZ On Behalf of Themselves, All Other Similarly Situated, And The General Public,<br><br>Plaintiffs,<br>vs.<br>SUPERSHUTTLE INTERNATIONAL, INC.; SUPERSHUTTLE FRANCHISE CORPORATION, and DOES 1 through 20, inclusive,<br>Defendants. | Case No.: 08-CV-02993-JSW(BZ)<br><br>**JOINT PROPOSAL RE ANTICIPATED MOTIONS**<br><br>**AND ORDER THEREON** |

1

Additional Counsel for Defendants

Rebecca Eisen, Esq., State Bar No. 96129
Ann Marie Reding, Esq., State Bar No. 226864
MORGAN LEWIS & BOCKIUS LLP
One Market, Spear Tower
San Francisco, CA 94105
Telephone: (415) 442-1000
Facsimile: (415) 442-1001
reisen@morganlewis.com
areding@morganlewis.com

Pursuant to the Court's instructions at the June 26, 2009 Case Management Conference, the parties submit the following proposed schedule for briefing and hearing upcoming motions and suggested page limitations for each motion. The parties also propose that a further Case Management Conference be scheduled along with each motion hearing date set forth below, to allow the Court and parties to revisit and modify as necessary the motion schedule and related issues in response to case developments.

1.  Defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction (FRCP Rule 12) *and* Defendants' Motion to Dismiss for Failure to Join Required Parties (FRCP Rule 19)

    A.  Motions to be filed: August 17, 2009
        Briefs on each motion not to exceed 25 pages
    B.  Oppositions to be filed: September 4, 2009
        Briefs on each motion not to exceed 25 pages
    C.  Replies to be filed: September 11, 2009
        Briefs on each motion not to exceed 15 pages
    D.  Hearing date: September 25, 2009

2.  Plaintiffs' Motion for Certification of Class (FRCP Rule 23)

    A.  Motion to be filed: October 16, 2009
        Brief not to exceed 40 pages
    B.  Opposition to be filed: November 25, 2009
        Brief not to exceed 40 pages
    C.  Reply to be filed: December 23, 2009
        Brief not to exceed 20 pages
    D.  Hearing date: ~~January 8, 2010~~ January 15, 2010

3.  Cross-Motions for Summary Judgment and/or Partial Summary Judgment

    A.  Defendants' Motion to be filed: May 7, 2010
    B.  Plaintiffs' Motion to be filed *and*
        Plaintiffs' Opposition to be filed: June 4, 2010
    C.  Defendants' Opposition to be filed
        *and* Defendants' Reply to be filed: July 2, 2010

|   |   |   |
|---|---|---|
| D. | Plaintiffs' Reply to be filed: | July 16, 2010 |
| E. | Hearing date: | August 6, 2010 |

The parties anticipate requesting an expansion on page limits for these cross-motions. However, as the scope of the motions will depend upon this Court's earlier rulings, the parties are not yet in a position to give an informed estimate of the number of pages necessary to adequately address the issues.

4.  Other Motions

The parties expect that other motions will be filed, including a motion for decertification of the FLSA collective action; however, the details of such motions are not sufficiently known to include them in a schedule at this time.

Dated: July 2, 2009

HINTON, ALFERT & SUMNER

By: _____
DAVID POGREL
Attorneys for Plaintiffs


MARRON & ASSOCIATES

By: _____
STEVEN C. RICE
Attorneys for Defendants

*IT IS SO ORDERED AS MODIFIED*
*Jeffrey S. White*
Judge Jeffrey S. White

4

Case No. 08-CV-02993-JSW(BZ)
JOINT PROPOSAL RE ANTICIPATED MOTIONS - July 2, 2009