Aaron Kaufmann, Esq., SBN 148580
David Pogrel, Esq., SBN 203787
HINTON, ALFERT & SUMNER
1646 N. California Blvd., Suite #600
Walnut Creek, CA 94596
Telephone: (925) 932-6006
Facsimile: (925) 932-3412
E-mail: kaufmann@hinton-law.com
E-mail: pogrel@hinton-law.com

Philip Monrad, Esq., SBN 151073
Beth Ross, Esq., SBN 141337
LEONARD CARDER, LLP
1330 Broadway, Suite 1450
Oakland, CA 94612
Telephone: (510) 272-0169
Facsimile: (510) 272-0174
E-mail: pmonrad@leonardcarder.com
E-mail: bross@leonardcarder.com

Attorneys for PLAINTIFFS
Additional Counsel Listed on Next Page

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROOSEVELT KAIRY, LARRY BROWN, WAYNE DICKSON, and DRAKE OSMUN, HARJINDER SINGHDIETZ, on behalf of themselves, all others similarly situated, and the general public,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>SUPERSHUTTLE INTERNATIONAL, INC., SUPERSHUTTLE FRANCHISE CORPORATION and DOES 1 through 20, inclusive,<br><br>　　　　　　Defendants. | No. 3:08-CV-02993 JSW<br><br>[PROPOSED] ORDER RE COLLECTIVE ACTION NOTICE AND CONSENT FORM<br><br>JUDGE:　Hon. Jeffrey S. White |

1  Additional Counsel for Plaintiffs:

2  Daniel Feinberg, Esq., SBN 135983
   Julia Campins, Esq., SBN 238023
3  Kirsten Scott, Esq., SBN 253464
   LEWIS, FEINBERG, LEE, RENAKER
4    & JACKSON, P.C.
   1330 Broadway, Suite 1800
5  Oakland, California  94612
   Telephone: (510) 839-6824
6  Facsimile:  (510) 839-7839
   E-mail: DFeinberg@lewisfeinberg.com
7  E-mail: jcampins@lewisfeinberg.com
   E-mail: kscott@lewisfeinberg.com
8
   Peter Rukin, Esq., SBN 178336
9  Angela Perone, Esq. SBN 245793
   RUKIN HYLAND DORIA & TINDALL LLP
10 100 Pine Street, Suite 725
   San Francisco, CA 94111
11 Telephone: (415) 421-1800
   Facsimile:  (415) 421-1700
12 E-mail: peterrukin@rhdtlaw.com
   E-mail: angelaperone@rhdtlaw.com
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Proposed Order re Proposed Collective Action Notice and Consent Form      II
3:08-CV-02993 JSW

1  The Proposed Collective Action Notice and Consent Form submitted by Plaintiffs on July
2  10, 2009 are hereby APPROVED. The Notice and Consent Form shall be mailed forthwith, except
3  that persons who have already submitted a consent-to-join form in this action need not be mailed
4  another Consent Form, but rather shall receive an insert that reads substantially as follows:

5  Dear [name of opt-in]:

6  According to our records, you [(name of opt-in)] have already submitted a consent to join form, and it has been filed with the Court. There is no need for you to submit another
7  consent to join form in this case. If you believe that our information is wrong, or you have any questions or concerns, please contact [name of plaintiffs' counsel] at [plaintiffs'
8  counsel's phone number].
  .
9

10 IT IS SO ORDERED

11

12 DATED: July 17, 2009

13                                            _____
                                               JEFFREY S. WHITE
14                                             UNITED STATES DISTRICT JUDGE

Proposed Order re Proposed Collective Action Notice and Consent Form    - 1 -
3:08-CV-02993 JSW