1  MARRON & ASSOCIATES
   PAUL J. MARRON, Esq., State Bar No. 128245
2  STEVEN C. RICE, State Bar No. 109659
   320 Golden Shore, Suite 410
3  Long Beach, CA 90802
   Tel.: 562.432.7422
4  Fax: 562.432.8682
   E-mail: pmarron@marronlaw.com
5
   MORGAN, LEWIS & BOCKIUS LLP
6  ROBERT JON HENDRICKS, State Bar No. 179751
   ALBERT HUANG, State Bar No. 193005
7  300 South Grand Avenue, Twenty-Second Floor
   Los Angeles, CA 90071-3132
8  Tel.: 213.612.2500
   Fax: 213.612.2501
9  E-mail: rhendricks@morganlewis.com

10 MORGAN LEWIS & BOCKIUS LLP
   REBECCA EISEN, State Bar No. 96129
11 ANN MARIE REDING, State Bar No. 226864
   One Market, Spear Tower
12 San Francisco, CA 94105
   Tel: 415.441-1000
13 Fax: 415.441-1001
   E-mail: reisen@morganlewis.com
14
   Attorneys for DEFENDANTS

15

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| ROOSEVELT KAIRY, LARRY BROWN, WAYNE DICKSON, DRAKE OSMUN, AND HARJINDER SINGHDIETZ On Behalf of Themselves, All Other Similarly Situated, And The General Public,<br><br>Plaintiffs,<br>vs.<br>SUPERSHUTTLE INTERNATIONAL, INC.; SUPERSHUTTLE FRANCHISE CORPORATION, and DOES 1 through 20, inclusive,<br>Defendants.<br><br>AND COUNTERCLAIMS | Case No.: 08-CV-02993-JSW(BZ)<br><br>Assigned to Hon. Jeffrey S. White<br><br>**STIPULATION AND [PROPOSED] ORDER RE CONTINUANCE OF HEARING OF DEFENDANTS SUPERSHUTTLE INTERNATIONAL, INC. AND SUPERSHUTTLE FRANCHISE CORPORATION'S MOTION TO DISMISS CLAIMS FOR LACK OF SUBJECT MATTER JURISDICTION MOTION TO DISMISS, AND/OR FOR OTHER RELIEF FOR FAILURE TO PROPERLY JOIN NECESSARY PARTIES**<br><br>Hearing Date: November 6, 2009<br>Time.: 9:00 a.m.<br>Ctrm.: 11 (19th Floor)<br>Trial Date: None set |

1

## STIPULATION

WHEREAS on August 17, 2009, Defendants filed their Motion of Defendants SuperShuttle International Inc, and SuperShuttle Franchise Corporations To Dismiss Claims Pursuant To Rule 12 and Defendants' Motion to Dismiss, And /Or For Other Relief For Failure to Properly Join Necessary Parties ("Defendants' Motions to Dismiss"), and

WHEREAS the Court has rescheduled the hearings on Defendants' Motions to Dismiss from October 30, 2009 to November 6, 2009, and counsel for Defendants are unable to attend on this new hearing date due to prior commitments in another matter; and,

WHEREAS Counsel for plaintiffs has agreed to the continuance as an accommodation to defense counsel;

THE PARTIES HEREBY STIPULATE AND REQUEST that the hearings for Defendants' Motions to Dismiss be continued to November 13, 2009, at 9:00 a.m., a date approved by the Court's Clerk.

Dated: November 3, 2009          MARRON & ASSOCIATES

                                 By: /s/
                                 Paul J. Marron, Esq.
                                 Steven C. Rice, Esq.
                                 Attorneys for Defendants


Dated: November 3, 2009          HINTON, ALFERT & SUMNER

                                 By: /s/
                                 Aaron Kaufmann, Esq.
                                 Attorneys for Plaintiffs

2

Case No. 08-CV-02993-JSW
Stipulation And [Proposed] Order Re Continuance of Hearing on Defendants' Motion to Dismiss
011541/2007-1080.080

[~~PROPOSED~~]
# ORDER

Pursuant to the stipulation, it is ordered that the hearings for Defendants' Motions to Dismiss be continued to November 13, 2009, at 9:00 a.m.

Dated: November 3, 2009

*[signature]*
Hon. Jeffrey S. White
Judge of the District Court

3

Case No. 08-CV-02993-JSW
Stipulation And [~~Proposed~~] Order Re Continuance of Hearing on Defendants' Motion to Dismiss