IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROOSEVELT KAIRY, ET AL., | |
| Plaintiffs, | No. C 08-02993 JSW |
| v. | |
| SUPERSHUTTLE INTERNATIONAL, INC., ET AL., | **ORDER REGARDING CLASS CERTIFICATION BRIEFING** |
| Defendants. | |

Due to the pendency of Defendants' motions to dismiss, the briefing schedule and hearing date of January 15, 2010 on Plaintiffs' motion for class certification is vacated. The briefing and hearing schedule on the motion for class certification shall be reset, if necessary, by the order resolving the motions to dismiss.

**IT IS SO ORDERED.**

Dated:  November 13, 2009

　　　　　　　　　　　　　　　　　　　　　　　　JEFFREY S. WHITE
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE