Paul Marron, Esq., State Bar No. 128245
Steven C. Rice, Esq., State Bar No. 109659
Andre Y. Bates, Esq., State Bar No. 178170
MARRON & ASSOCIATES
320 Golden Shore, Suite 410
Long Beach, CA 90802
Tel.: 562.432.7422
Fax: 562.432.8682
E-mail: pmarron@marronlaw.com
E-mail: srice@marronlaw.com

Robert Jon Hendricks, Esq., State Bar No. 179751
Albert Huang, Esq., State Bar No. 193005
Morgan, Lewis & Bockius LLP
300 South Grand Avenue, Twenty-Second Floor
Los Angeles, CA 90071-3132
Tel.: 213.612.2500
Fax: 213.612.2501
E-mail: rhendricks@morganlewis.com
E-mail: ahuang@morganlewis.com

Attorneys for Defendants SUPERSHUTTLE INTERNATIONAL, INC.; and SUPERSHUTTLE FRANCHISE CORPORATION

Additional Counsel Listed on Next Page

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DISTRICT

| | |
|---|---|
| ROOSEVELT KAIRY, LARRY BROWN, WAYNE DICKSON, DRAKE OSMUN, AND HARJINDER SINGHDIETZ On Behalf of Themselves, All Other Similarly Situated, And The General Public,<br><br>Plaintiffs,<br><br>vs.<br><br>SUPERSHUTTLE INTERNATIONAL, INC.; SUPERSHUTTLE FRANCHISE CORPORATION, and DOES 1 through 20, inclusive,<br>Defendants. | Case No.: 3:08-CV-02993-JSW(BZ)<br><br>**Assigned to Hon. Jeffrey S. White**<br><br>**[Proposed] ORDER VACATING HEARING AND BRIEFING SCHEDULE RE PLAINTIFFS' MOTION TO CERTIFY CLASS ACTION UNDER RULE 23, AND SETTING FURTHER CASE MANAGEMENT CONFERENCE**<br><br>**CIVIL LOCAL RULE 7-11**<br><br>HEARING DATE: March 5, 2010<br>TIME: 9:00 a.m. |

-1-

1  Additional Counsel for Defendants

2  Rebecca Eisen, Esq., State Bar No. 96129
   Ann Marie Reding, Esq., State Bar No. 226864
3  MORGAN LEWIS & BOCKIUS LLP
   One Market, Spear Tower
4  San Francisco, CA 94105
   Telephone: (415) 441-1000
5  Facsimile: (415) 442-1001
   reisen@morganlewis.com
6  areding@morganlewis.com

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-

**Case No. 08-CV-02993-JSW(BZ)**
[PROPOSED] ORDER VACATING HEARING AND BRIEFING SCHEDULE RE
PLAINTIFFS' MO. TO CERTIFY CLASS ACTION – RULE 23, ETC.

013014/2007-1080.080

1
2
# ORDER

3  For the reasons set forth in the Defendants' "Special Administrative Motion To
4  Vacate Hearing And Briefing Schedule Re Plaintiffs' Motion To Certify Class Action
5  Under Rule 23, And Requesting Further Status Conference," the court orders as follows:
6
7  All hearing and briefing dates set for plaintiffs' pending Motion for Class
8  Certification (filed October 16, 2009) ARE VACATED.
9  The Court sets a further Case Management Conference in this matter for
10  __February 26_____, 2010, at 1 : 30 p.m.
11  Joint case management statement due to be filed February 19, 2010.
12
13  DATED: January 4, 2010           _____/s/ Jeffrey S. White_____
14                                   Hon. Jeffrey S. White
                                     Judge of the District Court

-1-

**Case No. 08-CV-02993-JSW(BZ)**

[PROPOSED] ORDER VACATING HEARING AND BRIEFING SCHEDULE RE
PLAINTIFFS' MO. TO CERTIFY CLASS ACTION – RULE 23, ETC.

013014/2007-1080.080