Paul Marron, Esq., State Bar No. 128245
Steven C. Rice, Esq., State Bar No. 109659
Andre Y. Bates, Esq., State Bar No. 178170
MARRON & ASSOCIATES
320 Golden Shore, Suite 410
Long Beach, CA 90802
Tel.: 562.432.7422
Fax: 562.432.8682
E-mail: pmarron@marronlaw.com
E-mail: srice@marronlaw.com

Robert Jon Hendricks, Esq., State Bar No. 179751
Albert Huang, Esq., State Bar No. 193005
Morgan, Lewis & Bockius LLP
300 South Grand Avenue, Twenty-Second Floor
Los Angeles, CA 90071-3132
Tel.: 213.612.2500
Fax: 213.612.2501
E-mail: rhendricks@morganlewis.com
E-mail: ahuang@morganlewis.com

Attorneys for Defendants SUPERSHUTTLE
INTERNATIONAL, INC.; and SUPERSHUTTLE
FRANCHISE CORPORATION

Additional Counsel Listed on Next Page

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DISTRICT

| | |
|---|---|
| ROOSEVELT KAIRY, LARRY BROWN, WAYNE DICKSON, DRAKE OSMUN, AND HARJINDER SINGHDIETZ On Behalf of Themselves, All Other Similarly Situated, And The General Public,<br><br>Plaintiffs,<br><br>vs.<br><br>SUPERSHUTTLE INTERNATIONAL, INC.; SUPERSHUTTLE FRANCHISE CORPORATION, and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No.: 3:08-CV-02993-JSW(BZ)<br><br>**Assigned to Hon. Jeffrey S. White**<br><br>**[Proposed] ORDER VACATING HEARING AND BRIEFING SCHEDULE RE PLAINTIFFS' MOTION TO CERTIFY CLASS ACTION UNDER RULE 23, AND SETTING FURTHER CASE MANAGEMENT CONFERENCE**<br><br>**CIVIL LOCAL RULE 7-11**<br><br>**HEARING DATE: March 5, 2010**<br>**TIME: 9:00 a.m.** |

-1-

Case No. 08-CV-02993-JSW(BZ)
[PROPOSED] ORDER VACATING HEARING AND BRIEFING SCHEDULE RE
PLAINTIFFS' MO. TO CERTIFY CLASS ACTION – RULE 23, ETC.
013014/2007-1080.080

Additional Counsel for Defendants

Rebecca Eisen, Esq., State Bar No. 96129
Ann Marie Reding, Esq., State Bar No. 226864
MORGAN LEWIS & BOCKIUS LLP
One Market, Spear Tower
San Francisco, CA 94105
Telephone: (415) 441-1000
Facsimile: (415) 442-1001
reisen@morganlewis.com
areding@morganlewis.com

-2-

**Case No. 08-CV-02993-JSW(BZ)**

[PROPOSED] ORDER VACATING HEARING AND BRIEFING SCHEDULE RE
PLAINTIFFS' MO. TO CERTIFY CLASS ACTION – RULE 23, ETC.

013014/2007-1080.080

# ORDER

For the reasons set forth in the Defendants' "Special Administrative Motion To Vacate Hearing And Briefing Schedule Re Plaintiffs' Motion To Certify Class Action Under Rule 23, And Requesting Further Status Conference," the court orders as follows:

All hearing and briefing dates set for plaintiffs' pending Motion for Class Certification (filed October 16, 2009) ARE VACATED.

The Court sets a further Case Management Conference in this matter for __February 26__, 2010, at 1:30 p.m.

Joint case management statement due to be filed February 19, 2010.

DATED: January 4, 2010

_____
Hon. Jeffrey S. White
Judge of the District Court

-1-

**Case No. 08-CV-02993-JSW(BZ)**
[PROPOSED] ORDER VACATING HEARING AND BRIEFING SCHEDULE RE
PLAINTIFFS' MO. TO CERTIFY CLASS ACTION – RULE 23, ETC.

013014/2007-1080.080