IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROOSEVELT KAIRY, ET AL., | |
| Plaintiffs, | No. C 08-02993 JSW |
| v. | |
| SUPERSHUTTLE INTERNATIONAL, INC., ET AL., | **ORDER SETTING BRIEFING AND HEARING SCHEDULE ON MOTION FOR PROTECTIVE ORDER** |
| Defendants. | |

This matter is currently set for a hearing on May 28, 2010 on Plaintiffs' motion for a protective order. Due to the Court's schedule, the hearing on the motion is CONTINUED to June 25, 2010 at 9:00 a.m. The Court HEREBY ORDERS that an opposition to the motion shall be filed by no later than May 14, 2010 and a reply brief shall be filed by no later than May 21, 2010.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: May 5, 2010

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE