Aaron Kaufmann SBN 148580
David Pogrel, Esq., SBN 203787
HINTON, ALFERT & SUMNER
1646 N. California Blvd., Suite #600
Walnut Creek, CA 94596
Telephone: (925) 932-6006
Facsimile: (925) 932-3412
E-mail: kaufmann@hinton-law.com
E-mail: pogrel@hinton-law.com

Philip Monrad SBN 151073
LEONARD CARDER, LLP
1330 Broadway, Suite 1450
Oakland, CA 94612
Telephone: (510) 272-0169
Facsimile: (510) 272-0174
E-mail: pmonrad@leonardcarder.com
E-mail: bross@leonardcarder.com

Attorneys for PLAINTIFFS and the Proposed Class
Additional Counsel Listed on Next Page

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROOSEVELT KAIRY, LARRY BROWN, WAYNE DICKSON, DRAKE OSMUN, AND HARJINDER SINGHDIETZ on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SUPERSHUTTLE INTERNATIONAL, INC.; SUPERSHUTTLE FRANCHISE CORPORATION and DOES 1 through 20, inclusive,<br><br>Defendants. | **CLASS ACTION**<br><br>**Case No. 3:08-CV-02993 JSW**<br><br>**STATUS REPORT** |

1   Additional Counsel for Plaintiffs

2   Daniel Feinberg SBN 135983
    Kirsten Scott SBN 253464
3   LEWIS, FEINBERG, LEE, RENAKER
       & JACKSON, P.C.
4   1330 Broadway, Suite 1800
    Oakland, California  94612
5   Telephone: (510) 839-6824
    Facsimile:  (510) 839-7839
6   E-mail: dfeinberg@lewisfeinberg.com
    E-mail: kscott@lewisfeinberg.com
7
    Peter Rukin SBN 178336
8   RUKIN HYLAND DORIA & TINDALL LLP
    100 Pine Street, Suite 725
9   San Francisco, CA 94111
    Telephone: (415) 421-1800
10  Facsimile:  (415) 421-1700
    E-mail: peterrukin@rhdtlaw.com
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

The parties submit this joint status report pursuant to the Court's February 25, 2010 Order Granting Motion for Certification Pursuant to 28 U.S.C. Section 1292(b).

On May 20, 2010, the Ninth Circuit granted plaintiffs' petition for permission to appeal pursuant to 28 U.S.C. § 1292(b), and issued the attached scheduling order regarding the appeal. *See* Exhibit A. The parties have submitted the required Mediation Questionnaires, and plaintiffs represent that they have paid the required fee and ordered the transcript.

DATED: June 25, 2010

                                   RUKIN HYLAND DORIA & TINDALL LLP

                                   By: _____/s_____
                                        PETER RUKIN
                                        Attorneys for PLAINTIFFS

Dated: June 25, 2010                MARRON & ASSOCIATES

                                   By: _____/s/_____
                                        STEVEN RICE
                                        Attorneys for DEFENDANTS