Aaron Kaufmann, Esq., SBN 148580
David Pogrel, Esq., SBN 203787
HINTON, ALFERT & SUMNER
1646 N. California Blvd., Suite #600
Walnut Creek, CA  94596
Telephone: (925) 932-6006
Facsimile:  (925) 932-3412
E-mail: kaufmann@hinton-law.com
E-mail: pogrel@hinton-law.com

Philip Monrad, Esq., SBN 151073
Beth Ross, Esq., SBN 141337
LEONARD CARDER, LLP
1330 Broadway, Suite 1450
Oakland, CA 94612
Telephone: (510) 272-0169
Facsimile:  (510) 272-0174
E-mail: pmonrad@leonardcarder.com
E-mail: bross@leonardcarder.com

Attorneys for PLAINTIFFS
Additional Counsel Listed on Next Page

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROOSEVELT KAIRY, LARRY BROWN, WAYNE DICKSON, and DRAKE OSMUN, HARJINDER SINGHDIETZ, on behalf of themselves, all others similarly situated, and the general public,<br><br>　　　　　　Plaintiffs,<br><br>　　　v.<br><br>SUPERSHUTTLE INTERNATIONAL, INC., SUPERSHUTTLE FRANCHISE CORPORATION and DOES 1 through 20, inclusive,<br><br>　　　　　　Defendants. | No. 3:08-CV-02993 JSW<br><br>**NOTICE OF CHANGE OF ADDRESS** |

| | |
|---|---|
| 1 | Additional Counsel for Plaintiffs |
| 2 | Daniel Feinberg, Esq., SBN 135983 |
| | Julia Campins, Esq., SBN 238023 |
| 3 | Kirsten Scott, Esq., SBN 253464 |
| | LEWIS, FEINBERG, LEE, RENAKER |
| 4 |     & JACKSON, P.C. |
| | 1330 Broadway, Suite 1800 |
| 5 | Oakland, California  94612 |
| | Telephone: (510) 839-6824 |
| 6 | Facsimile:  (510) 839-7839 |
| | E-mail: dfeinberg@lewisfeinberg.com |
| 7 | E-mail: kscott@lewisfeinberg.com |
| | E-mail: jcampins@lewisfeinberg.com |
| 8 | |
| | Peter Rukin, Esq., SBN 178336 |
| 9 | Angela Perone, Esq. SBN 245793 |
| | RUKIN HYLAND DORIA & TINDALL LLP |
| 10 | 100 Pine Street, Suite 725 |
| | San Francisco, CA 94111 |
| 11 | Telephone: (415) 421-1800 |
| | Facsimile:  (415) 421-1700 |
| 12 | E-mail: peterrukin@rhdtlaw.com |
| | E-mail: angelaperone@rhdtlaw.com |

NOTICE OF CHANGE OF ADDRESS
3:08-CV-02993 JSW

1  **TO THE CLERK OF THE COURT AND TO ALL PARTIES AND THEIR**
2  **ATTORNEY(S) OF RECORD:**
3      **PLEASE TAKE NOTICE** that effective August 30, 2010, the law offices of Lewis,
4  Feinberg, Lee, Renaker & Jackson, P.C. will be at a new location.  Our new address is 476 – 9th
5  Street, Oakland, CA 94607.  All telephone numbers, facsimile numbers, and e-mail addresses
6  associated with the firm remain unchanged. All notices and documents regarding this action should
7  be sent to the above address.

9  DATED:  August 24, 2010                      Respectfully submitted,

                                                    LEWIS, FEINBERG, LEE,
                                                    RENAKER & JACKSON, P.C.

                            By:     /s/
                                     Daniel Feinberg
                                   Attorneys for Plaintiffs