| | |
|---|---|
| 1 | MARRON LAWYERS |
| | PAUL J. MARRON, Esq., State Bar No. 128245 |
| 2 | STEVEN C. RICE, State Bar No. 109659 |
| | 320 Golden Shore, Suite 410 |
| 3 | Long Beach, CA 90802 |
| | Tel.: 562.432.7422 |
| 4 | Fax: 562.432.8682 |
| | E-mail: pmarron@marronlaw.com |
| 5 | |
| | MORGAN, LEWIS & BOCKIUS LLP |
| 6 | ROBERT JON HENDRICKS, State Bar No. 179751 |
| | ALBERT HUANG, State Bar No. 193005 |
| 7 | 300 South Grand Avenue, Twenty-Second Floor |
| | Los Angeles, CA 90071-3132 |
| 8 | Tel.: 213.612.2500 |
| | Fax: 213.612.2501 |
| 9 | E-mail: rhendricks@morganlewis.com |
| 10 | MORGAN LEWIS & BOCKIUS LLP |
| | REBECCA EISEN, State Bar No. 96129 |
| 11 | ANN MARIE REDING, State Bar No. 226864 |
| | One Market, Spear Tower |
| 12 | San Francisco, CA 94105 |
| | Tel: 415.441-1000 |
| 13 | Fax: 415.441-1001 |
| | E-mail: reisen@morganlewis.com |
| 14 | |
| | Attorneys for DEFENDANTS |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ROOSEVELT KAIRY, LARRY BROWN, WAYNE DICKSON, DRAKE OSMUN, AND HARJINDER SINGHDIETZ ON BEHALF OF THEMSELVES, ALL OTHER SIMILARLY SITUATED, AND THE GENERAL PUBLIC,<br><br>Plaintiffs,<br>vs.<br><br>SUPERSHUTTLE INTERNATIONAL, INC.; SUPERSHUTTLE FRANCHISE CORPORATION, AND VEOLIA TRANSPORTATION SERVICES, INC., DBA SUPERSHUTTLE, AND DOES 1 THROUGH 20, INCLUSIVE, and DOES 1 through 50, inclusive,<br><br>Defendants.<br><br>AND COUNTERCLAIMS | Case No.: 08-CV-02993-JSW (BZ)<br><br>Assigned to Hon. Jeffrey S. White<br><br>**NOTICE OF CHANGE OF LAW FIRM NAME AND CHANGE OF ADDRESS**<br><br>Trial Date: Not set |

1

**TO THE HONORABLE COURT, ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that effective August 26, 2010 Marron & Associates has changed its name to Marron Lawyers. All future reference to the firm in this matter should be to Marron Lawyers. Furthermore, the firm's new address is 320 Golden Shore, Suite 410, Long Beach, California 90802. The firm's phone numbers, facsimile numbers and lawyers' e-mail addresses have not been affected by this change.

All notices and documents regarding the action should be sent to the above address.

Dated: August 27, 2010                         MARRON LAWYERS


By: _____/s/_____
Paul J. Marron, Esq.
Steven C. Rice, Esq.
Attorneys for Defendants SUPERSHUTTLE INTERNATIONAL, INC. AND SUPERSHUTTLE FRANCHISE CORPORATION