UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROOSEVELT KAIRY, LARRY BROWN, WAYNE DICKSON, DRAKE OSMUN, AND HARJINDER SINGHDIETZ on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SUPERSHUTTLE INTERNATIONAL, INC.; SUPERSHUTTLE FRANCHISE CORPORATION and DOES 1 through 20, inclusive,<br><br>Defendants. | **CLASS ACTION**<br><br>**Case No. 3:08-CV-02993 JSW**<br><br>[~~PROPOSED~~] **ORDER MODIFYING BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO COMPEL ARBITRATION** |

IT IS HEREBY ORDERED that all deadlines associated with Defendants' Motion to Compel Arbitration (ECF No. 261), set for hearing April 27, 2012 are continued. Any deadlines associated with any companion motion filed by Defendants are deemed to be continued as well. The parties shall propose a schedule for briefing and hearing on this motion and any companion motion at the March 9, 2012, Case Management Conference.

IT IS SO ORDERED.

DATED: February 22, 2012

_____
Hon. Jeffrey White
United States District Judge

-3-

STIPULATION AND [~~PROPOSED~~] ORDER MODIFYING BRIEFING SCHEDULE