1
2                              UNITED STATES DISTRICT COURT
3                             NORTHERN DISTRICT OF CALIFORNIA

4  ROOSEVELT KAIRY, LARRY BROWN,                    **CLASS ACTION**
   WAYNE DICKSON, DRAKE OSMUN, AND
5  HARJINDER SINGHDIETZ on behalf of                **Case No. 3:08-CV-02993 JSW**
   themselves and all others similarly situated,
6                                                   [PROPOSED] ORDER MODIFYING
                  Plaintiffs,                       BRIEFING SCHEDULE ON
7                                                   PLAINTIFFS' MOTION TO AMEND
              v.                                    COMPLAINT
8
   SUPERSHUTTLE INTERNATIONAL, INC.;
9  SUPERSHUTTLE FRANCHISE
   CORPORATION and DOES 1 through 20,
10 inclusive,
11                Defendants.

12

13     IT IS HEREBY ORDERED that all deadlines and hearings currently associated with
14 Plaintiffs' Motion to Amend Complaint (Doc. No. 299), set for hearing June 1, 2012 are
15 continued. The hearing of this motion shall now take place June 29, 2012, at 9:00 a.m. in this
16 Court. The Defendants' opposition to said motion shall be filed on or before May 7, 2012, and
17
18 any reply papers to be filed by the Plaintiffs shall be filed on or before May 28, 2012.

19

20     IT IS SO ORDERED.

21
22
   DATED: March 16, 2012                           _____
23                                                 Hon. Jeffrey White
                                                   United States District Judge
24
25
26
27
28
                                              -3-
   STIPULATION AND [PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE RE
              PLAINTIFFS' MOTION TO AMEND COMPLAINT