UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROOSEVELT KAIRY, LARRY BROWN, WAYNE DICKSON, DRAKE OSMUN, AND HARJINDER SINGHDIETZ on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SUPERSHUTTLE INTERNATIONAL, INC.; SUPERSHUTTLE FRANCHISE CORPORATION and DOES 1 through 20, inclusive,<br><br>Defendants. | **CLASS ACTION**<br><br>**Case No. 3:08-CV-02993 JSW**<br><br>**[PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE ON PLAINTIFFS' MOTION TO AMEND COMPLAINT** |

IT IS HEREBY ORDERED that all deadlines and hearings currently associated with Plaintiffs' Motion to Amend Complaint (Doc. No. 299), set for hearing June 1, 2012 are continued. The hearing of this motion shall now take place June 29, 2012, at 9:00 a.m. in this Court. The Defendants' opposition to said motion shall be filed on or before May 7, 2012, and any reply papers to be filed by the Plaintiffs shall be filed on or before May 28, 2012.

IT IS SO ORDERED.

DATED: March 16, 2012

_____
Hon. Jeffrey White
United States District Judge

STIPULATION AND [PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE RE PLAINTIFFS' MOTION TO AMEND COMPLAINT