UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROOSEVELT KAIRY, LARRY BROWN, WAYNE DICKSON, DRAKE OSMUN, AND HARJINDER SINGHDIETZ on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SUPERSHUTTLE INTERNATIONAL, INC.; SUPERSHUTTLE FRANCHISE CORPORATION and DOES 1 through 20, inclusive,<br><br>Defendants. | CLASS ACTION<br><br>Case No. 3:08-CV-02993 JSW<br><br>[PROPOSED] ORDER PERMITTING CONSOLIDATED BRIEFING AS MODIFIED |

WHEREAS, the parties have stipulated to consolidated briefing with respect to Defendants' two pending motions (ECF ## 261 and 271);

WHEREAS, the Court finds that such consolidated briefing is in the interests of judicial economy;

IT IS HEREBY ORDERED that:

1. Plaintiffs shall file on May 7, 2012 a single consolidated opposition memorandum in opposition to ECF ## 261 and 271, not to exceed 30 [~~35~~] pages in length.

2. Defendants shall file on May 28, 2012 a single consolidated reply memorandum in support of ECF ## 261 and 271, not to exceed 20 [~~25~~] pages in length.

IT IS SO ORDERED.

DATED: April 26, 2012

Hon. Jeffrey White
United States District Judge