UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROOSEVELT KAIRY, LARRY BROWN, WAYNE DICKSON, DRAKE OSMUN, AND HARJINDER SINGHDIETZ on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SUPERSHUTTLE INTERNATIONAL, INC.; SUPERSHUTTLE FRANCHISE CORPORATION and DOES 1 through 20, inclusive,<br><br>Defendants. | No. 3:08-CV-02993 JSW<br><br>**Assigned to Honorable Judge Jeffrey S. White**<br><br>[~~PROPOSED~~] **ORDER PERMITTING CONSOLIDATED BRIEFING** |

WHEREAS, the parties have stipulated to a revised briefing schedule to accommodate the Memorial Day holiday and the late filing of three declarations by plaintiffs with respect to Defendants' two pending motions (ECF ## 261 and 271);

WHEREAS, the Court finds that such an adjustment to the schedule for filing the reply papers is in the interests of justice and judicial economy;

IT IS HEREBY ORDERED that:

1. The date on which Defendants shall file their single consolidated reply memorandum in support of ECF ## 261 and 271 is changed from May 28, 2012 to May 31, 2012.

**IT IS SO ORDERED.**

DATED: 5/21/12

*[signature]*
Hon. Jeffrey S. White
United States District Judge

-4-

**STIPULATION AND [~~PROPOSED~~] ORDER**     Case No. 08-CV-02993-JSW
**RE MODIFICATION OF DEADLINE FOR REPLY PAPERS**
023252/2007-1080.080