UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROOSEVELT KAIRY, LARRY BROWN, WAYNE DICKSON, DRAKE OSMUN, AND HARJINDER SINGHDIETZ on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SUPERSHUTTLE INTERNATIONAL, INC.; SUPERSHUTTLE FRANCHISE CORPORATION and DOES 1 through 20, inclusive,<br><br>Defendants. | **CLASS ACTION**<br><br>**Case No. 3:08-CV-02993 JSW**<br><br>[PROPOSED] **ORDER MODIFYING BRIEFING SCHEDULE ON PLAINTIFFS' MOTION FOR CERTIFICATION PURSUANT TO 28 U.S.C. §1292(b)** |

IT IS HEREBY ORDERED that Defendants' opposition to Plaintiffs' Motion for Certification Pursuant to 28 U.S.C. §1292(b) (Doc. No. 363) shall be filed on or before October 26, 2012, and any reply papers to be filed by the Plaintiffs shall be filed on or before November 8, 2012.

IT IS SO ORDERED.

DATED: October 23, 2012

_____
Hon. Jeffrey White
United States District Judge

-1-

STIPULATION AND [PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE RE PLAINTIFFS' MOTION FOR CERTIFICATION