UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROOSEVELT KAIRY, LARRY BROWN, WAYNE DICKSON, DRAKE OSMUN, AND HARJINDER SINGHDIETZ on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SUPERSHUTTLE INTERNATIONAL, INC.; SUPERSHUTTLE FRANCHISE CORPORATION and DOES 1 through 20, inclusive,<br><br>Defendants. | **CLASS ACTION**<br><br>**Case No. 3:08-CV-02993 JSW**<br><br>**[PROPOSED] ORDER GRANTING STIPULATION MODIFYING JUNE 12, 2014 ORDER GRANTING MOTION FOR PRELIMINARY APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT** |

IT IS HEREBY ORDERED that the Court's June 12, 2014 Order Granting Plaintiffs' Motion for Preliminary Approval of Class and Collective Action Settlement be modified as follows:

1. The Settlement Administrator shall mail the Class Notice to all Class Members by first class mail, postage prepaid not later than thirty (30) calendar days after receipt of the class data from Defendants.

2. Class Counsel shall file a motion seeking final approval of the settlement and a judgment dismissing this action with prejudice on September 19, 2014;

3. The Fairness Hearing and consideration of Final Approval of the settlement shall be on October 31, 2014 at 9:00 am;

4. All other dates, deadlines and obligations set forth in the Court's June 12, 2014 Order Granting Plaintiffs' Motion for Preliminary Approval of Class and Collective Action

1

[PROPOSED] ORDER MODIFYING JUNE 12, 2014 ORDER GRANTING MOTION FOR PRELIMINARY APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT

1  Settlement shall remain unchanged.

2

3  IT IS SO ORDERED.

4

5  DATED: June 16, 2014

6  _____
   Hon. Jeffrey White
   United States District Judge

[PROPOSED] ORDER MODIFYING JUNE 12, 2014 ORDER GRANTING MOTION FOR PRELIMINARY APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT