Aaron Kaufmann, SBN 148580
Philip Monrad, SBN 151073
David Pogrel, SBN 203787
LEONARD CARDER, LLP
1330 Broadway, Suite 1450
Oakland, CA 94612
Telephone: (510) 272-0169
Facsimile: (510) 272-0174
E-mail: akaufmann@leonardcarder.com
E-mail: pmonrad@leonardcarder.com
E-mail: dpogrel@leonardcarder.com

Daniel Feinberg, SBN 135983
Kirsten Scott, SBN 253464
LEWIS, FEINBERG, LEE, RENAKER
& JACKSON, P.C.
476 9th Street
Oakland, California 94607
Telephone: (510) 839-6824
Facsimile: (510) 839-7839
E-mail: dfeinberg@lewisfeinberg.com
E-mail: kscott@lewisfeinberg.com

Peter Rukin, Esq., SBN 178336
Rosha Jones, Esq. SBN 279143
RUKIN HYLAND DORIA & TINDALL LLP
100 Pine Street, Suite 2150
San Francisco, CA 94111
Telephone: (415) 421-1800
Facsimile: (415) 421-1700
E-mail: peterrukin@rhdtlaw.com
E-mail: rjones@rhdtlaw.com

Bryan Schwartz, SBN: 209903
Rachel Terp, SBN: 290666
BRYAN SCHWARTZ LAW
1330 Broadway, Suite 1630
Oakland, CA 94612
Telephone: (510) 444-9300
Facsimile: (510) 444-9301
Email: Bryan@BryanSchwartzLaw.com
Email: Rachel@BryanSchwartzLaw.com

Attorneys for PLAINTIFFS and the Proposed Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROOSEVELT KAIRY, LARRY BROWN, WAYNE DICKSON, DRAKE OSMUN, HARJINDER SINGHDIETZ, FREDERICK FERNANDEZ, YURIK ZADOV, and MUNIR AHMED on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SUPERSHUTTLE INTERNATIONAL, INC. and SUPERSHUTTLE FRANCHISE CORPORATION, d.b.a. SUPERSHUTTLE, CLOUD 9 SHUTTLE, INC.; SUPERSHUTTLE OF SAN FRANCISCO, INC.; MINI-BUS SYSTEMS, INC.; SUPERSHUTTLE LOS ANGELES, INC.; AND SACRAMENTO TRANSPORTATION SERVICES, INC., and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 3:08-CV-02993 JSW<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR ORDER APPROVING AWARD OF CLASS REPRESENTATIVE SERVICE PAYMENTS, ATTORNEY'S FEES, AND COSTS**<br><br>Date: October 31, 2014<br>Time: 9:00 am<br>Ctrm: 5<br>Before: Hon. Jeffrey S. White |

| | |
|---|---|
| 1 | **NOTICE OF MOTION AND MOTION** |
| 2 | TO DEFENDANT AND ITS ATTORNEYS OF RECORD: |

# NOTICE OF MOTION AND MOTION

TO DEFENDANT AND ITS ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that on October 31, 2014, at 9:00 a.m. or as soon thereafter as counsel may be heard by the above-entitled Court, located at 1301 Clay Street, Oakland, CA 94612, in the courtroom of Judge Jeffrey S. White, plaintiffs will and hereby do move the Court for an order approving award of class representative service payments in the aggregate amount of $100,000, attorney fees in the amount of $4,000,000, and reimbursement of litigation costs in the amount of $250,222.88.

This motion is based on this Notice of Motion and Motion; Memorandum of Points and Authorities; the declarations of Larry Brown, Wayne Dickson, Roosevelt Kairy, Drake Osmun, Harjinder Singhdietz (aka Harjinder Dubb), Frederick Fernandez, Munir Ahmed, Yurik Zadov, Joshua Konecky, Daniel Hutchinson, David Borgen, Daniel Feinberg, Bryan Schwartz, Michael Rubin, Aaron Kaufmann, Peter Rukin and exhibits thereto; Proposed Order; this Court's files and records, and any other evidence, briefing, or argument properly before this Court.

DATED: July 7, 2014          RUKIN, HYLAND, DORIA & TINDALL, LLP

By: ___/s/ Peter Rukin___
    PETER RUKIN
    Attorneys for PLAINTIFFS

---

-1-
NOTICE OF MOTION TO APPROVE AWARD OF SERVICE PAYMENTS, FEES, AND COSTS
CASE NO. 3:08-CV-02993 JSW