UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROOSEVELT KAIRY, LARRY BROWN, WAYNE DICKSON, DRAKE OSMUN, HARJINDER SINGHDIETZ, FREDERICK FERNANDEZ, YURIK ZADOV, and MUNIR AHMED on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SUPERSHUTTLE INTERNATIONAL, INC. and SUPERSHUTTLE FRANCHISE CORPORATION, d.b.a. SUPERSHUTTLE;  CLOUD 9 SHUTTLE, INC.; SUPERSHUTTLE OF SAN FRANCISCO, INC.; MINI-BUS SYSTEMS, INC.; SUPERSHUTTLE LOS ANGELES, INC.; AND SACRAMENTO TRANSPORTATION SERVICES, INC., and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No.  4:08-CV-02993 JSW<br><br>R E V I S E D<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT |

///

///

///

## INTRODUCTION

On October 31, 2014, this Court held a hearing on Plaintiffs' Motion for Final Approval of Class and Collective Action Settlement, at which all named parties were represented. Due and adequate notice having been given to the Class Members, and the Court having considered the Settlement Agreement, all papers and proceedings had herein, and all oral and written comments received regarding the proposed Settlement, and having reviewed the records in this case, and good cause appearing, the Court HEREBY ORDERS THE FOLLOWING:

## DEFINITIONS

1. This Order incorporates by reference the definitions contained in the Class Action Settlement Agreement and Release of Claims ("Agreement") attached as Exhibit 1 to the Declaration of Aaron Kaufmann in Support of Plaintiffs' Motion for Preliminary Approval of Class Action Settlement (ECF# 383-1), and all terms used in this Order shall have the same meaning as set forth in the Agreement.

## JURISDICTION

2. This Court has jurisdiction over the subject matter of this Lawsuit and all matters relating thereto, and over all parties to the Lawsuit.

## CONFIRMATION OF SETTLEMENT CLASSES

3. The Court confirms as final its preliminary certification in the June 12, 2014 Order of the Settlement Class, as that term is defined in and by the terms of the Agreement. With respect to the Settlement Class and for purposes of approving this Settlement only, this Court finds and concludes that: (a) the Members of the Settlement Class are ascertainable and so numerous that joinder of all members is impracticable; (b) there are questions of law or fact common to the Settlement Class, and there is a well-defined community of interest among Members of the Settlement Class with respect to the subject matter of the Lawsuit; (c) the claims of the Class Representatives are typical of the claims of the other members of the Settlement Class; (d) the Class Representatives have fairly and adequately protected the interests of the Settlement Class; (e) a class action is superior to other available methods for an efficient adjudication of this controversy; and (f) the counsel of

record for the Class Representatives, i.e., Class Counsel, are qualified to serve as class counsel.

4. The Court confirms as final the appointment of Roosevelt Kairy, Larry Brown, Wayne Dickson, Drake Osmun, Harjinder Dubb, Frederick Fernandez, Yurik Zadov, and Munir Ahmed as class representatives.

5. The Court confirms as final the appointment of Plaintiffs' law firms, Leonard Carder, LLP; Rukin Hyland Doria & Tindall LLP; Lewis Feinberg, Lee, Renaker & Jackson, P.C.; and Bryan Schwartz Law as Class Counsel.

**SETTLEMENT APPROVAL**

6. The Court finds that the distribution of Class Notice Packages as provided for in the June 12, 2014 Order granting preliminary approval constituted the best notice practicable under the circumstances to all persons within the definitions of the Settlement Class, and fully met the requirements of due process under the United States Constitution and California law with respect to those Settlement Class Members to whom Notice was mailed. Based on evidence and other material submitted in conjunction with the Settlement, the actual notices to Settlement Class Members were adequate, except as expressly stated herein.

7. Pursuant to Fed. R. Civ. P. 23(e), this Court grants final approval to the Agreement and the Settlement set forth therein, and orders the parties to implement, and comply with, its terms. The Court finds that the Agreement and the Settlement set forth therein is fair, reasonable, and adequate in all respects, and that it is binding on all members of the Settlement Class, except as set forth in Paragraphs 13-16 below. The Court specifically finds that this Settlement affords substantial monetary and non-monetary relief to the Class, and is rationally related to the strength of Plaintiffs' claims given the risk, expense, complexity, and duration of further litigation. This Court also finds that the Agreement is the result of arms'-length negotiations between experienced counsel representing the interests of the Class and Defendants, after thorough factual and legal investigation. The Court further finds that the response of the Classes to the Settlement supports final approval, in that only one class member has objected to the proposed Settlement and only

twelve out of more than 3,000 Class Members have excluded themselves from the Settlement.

8. The Court finds that the negotiated operational changes detailed in Exhibit A to the Agreement have significant value to certain class members (franchisees and associate drivers still operating shuttle vans franchised through defendant City Licensees), and that these changes further enhance the independence of the operators, provide further entrepreneurial opportunities, and provide certain clarifications that strengthen the independent contractor status of these class members on a going-forward basis.

9. The Court finds that the proposed plan of allocation is rationally related to the relative strengths and weaknesses of the respective claims asserted. The mechanisms and procedures set forth in the Agreement by which payments are to be calculated and made to Class Members are fair, reasonable, and adequate. Payment shall be made according to those allocations and pursuant to the procedure set forth in the Agreement and this Order.

10. Plaintiffs have requested approval of a payment from the aggregate settlement fund of $7,500 to the California Labor and Workforce Development Agency (LWDA) in settlement of the California Class' PAGA claims. The Court finds that this LWDA payment is fair, adequate, and reasonable and approves a payment to the LWDA in the amount of $7,500.

11. Plaintiffs have requested appointment of the Legal Aid Society-Employment Law Center (San Francisco, CA) as *cy pres* beneficiary. Because the Legal Aid Society-Employment Law Center meets the test under *Dennis* v. *Kellogg Co.,* 697 F.3d 858, 865 (9th Cir. 2013) that "there be a driving nexus between the plaintiff class and the *cy pres* beneficiaries," the Court hereby designates the Legal Aid Society-Employment Law Center as *cy pres* beneficiary for receipt of undistributed funds as provided under the Agreement and this Order.

12. By operation of this Order and upon the effective date of the Judgment, the Class Representatives shall release, relinquish, and discharge all claims against the Releasees released under the terms of Paragraph 65 Settlement Agreement.

13. By operation of this Order and upon the effective date of the Judgment, all Settlement Class Members who have not opted out of the Settlement shall be deemed to have, and by operation of the Judgment shall have, fully, finally, and forever released, relinquished, and discharged all Released Claims against the Releasees as set forth in Paragraph 63 of the Settlement Agreement, except as set forth in Paragraph 16 below.

14. From the Net Settlement Fund KCC shall create a reserve fund equal to the value of the claims of the 130 Class Members who have not been mailed Notice ("No Address Class Members") and the 136 Class Members who were mailed Notice but whose Notice was returned as undeliverable ("Bad Address Class members") (collectively "Undelivered Notice Class Members"). A list of these 266 Class Members is attached as Exhibit A to this Order. The value of this reserve fund will be held back from the Settlement, in the Qualified Settlement Fund by KCC, and available to pay any of these 266 Class Members whose address information is obtained within 12 months of the final approval order.

15. Efforts to locate address information for the 130 No Address Class Members will continue. These efforts will include attempted communication with primary operators who may have contact information for secondary operators.

16. As any of the 266 Undelivered Notice Class Members are located or come forward, KCC will mail them Notice and provide them with an opportunity to exclude themselves from the Settlement. Those who are mailed Notice and do not exclude themselves from the Settlement will receive their share of the Settlement and be bound by the Release.

17. On October 31, 2015, any of the 266 Undelivered Notice Class Members who have still not been mailed Notice will be excluded from the Settlement and shall not be bound by the Release. The dollars attributable to their shares of settlement will be disbursed to the *cy pres* beneficiary.

18. The Lawsuit is hereby dismissed with prejudice.

19. The Court reserves exclusive and continuing jurisdiction over the Lawsuit for the purposes of supervising the implementation, enforcement, construction, administration and interpretation of the Settlement Agreement and this Judgment.

20. This document shall constitute a judgment (and separate document constituting said judgment) for purposes of Federal Rule of Civil Procedure 58.

21. The Court finds that notice of the Settlement was served upon all appropriate Federal and State officials on July 18, 2014 pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715.

IT IS SO ORDERED.

Dated: November 3, 2014

HONORABLE JEFFREY S. WHITE
United States District Court Judge

# EXHIBIT A

Case 4:08-cv-02993-JSW Document 402 Filed 10/30/14 Page 7 of 13

**KCC Class Action Services**
**KAIRY V. SUPERSHUTTLE INTERNATIONAL INC**
List of Class Members with Known Bad Addresses
9/19/2014

Count: 136

| KCC Control # | Last Name | First Name | Company |
|---|---|---|---|
| 100036401 | ABDUSALAM | REDWEAN | FREEDOM EXPRESS LLC |
| 100059401 | ACKERMAN | JOSHUA | |
| 100064001 | ADAMS | BRYANT | |
| 100092701 | AHMED | MOHAMED | FREEDOM EXPRESS LLC |
| 100102101 | AJAYI | PIUS | |
| 100103501 | AKBARI | BAHRAM | |
| 100114301 | ALAVERDYAN | VARDEVAN | |
| 100166301 | AMLING | WILLIAM "BILL" | |
| 100186201 | ARAKELYAN | ROBERT | A Y BUSINESSES LLC |
| 100208901 | ASAD | TASSAWAR | AHMED HIGAZY |
| 100229101 | ATOYAN | JAKE | |
| 100260701 | BAHDANAU | VITALI | SAS SHUTTLE GROUP LLC |
| 100268601 | BAKER | LARUE "ROY" | |
| 100302201 | BAZIEV | KHARUN | MIRIMS LLC |
| 100321801 | BENEVENT | NANCY | |
| 100326601 | BENNETT | ROBERT | 1ST CHOICE SHUTTLE LLC |
| 100334301 | BERRELLEZA | LETICIA | YVANNIYAS TRANSPORTATION LLC |
| 100354201 | BIRTS | MORRIS | |
| 100378601 | BONG | TJUN | |
| 100380101 | BONILLA | SUNDRO | |
| 100386301 | BOSHARA | ELTAHIR | SD GROUP LLC |
| 100396801 | BOUL | MUAYYAD | |
| 100407601 | BRACKEN | JOSIE | |
| 100417001 | BROWN | DOMINIC | |
| 100451701 | CALDERON | RAYMOND | LTN ENTERPRISE LLC |
| 100452001 | CALIRI | SUN OAK | |
| 100454801 | CAMACHO | CARLOS | VB TRANSPORTATION LLC |
| 100492901 | CATO | JAMES | |
| 100494601 | CAUSSA | GUADALUPE ALAS CAUSSA | |
| 100527001 | CHARCHYAN | FRUNZIK | |
| 100560301 | CHOI | JUNG KWON | |
| 100584701 | CODY | DOC | |
| 100585001 | COHEN | MARTIN | |
| 100595501 | CONTRERAS-SIFUENTE | JOSE | GIHAN LLC |
| 100610601 | CRAMMER | WILLIAM | |
| 100618501 | DABIS | OTTO DABIS | |
| 100630501 | DANG | LONG KIM | BLUE SKY TRANSPORTATION LLC |
| 100646101 | DAVIS | FREDERICK | |
| 100654901 | DE PRADA | RAUL | |
| 100684201 | DI CARLO | PERRY | BAHARIA SHUTTLE LLC |
| 100716301 | DOWNING | ZACH | 1ST CHOICE SHUTTLE LLC |
| 100718001 | DRANGMEISTER | HOWARD | |
| 100724001 | DUBOISE | LUBERTHA | |
| 100725401 | DUBRUTZ | EDWARD | |

| KCC Control # | Last Name | First Name | Company |
|---|---|---|---|
| 100768301 | EMOJONG | DAVID | YOLO AIRPORTER/TRANSPORTER LLC |
| 100782001 | ESMAIL | NASSER | |
| 100810701 | FARID | EDER AYAD | ABA TRANSPORTATION LLC |
| 100816901 | FAYEHUN | YEMI | |
| 100826301 | FERNANDO | JUWANGE | DEDODWELL LLC |
| 100846201 | FOLEY | CLAUDE | |
| 100902501 | GARCIA | JORGE | |
| 100922401 | GENDELMAN | BORIS | |
| 101036001 | GUOBADIA | JONES | FRANKS EXPEDITED SERVICES |
| 101051101 | HACKELTON | CAL | |
| 101090601 | HARVEY | WALLACE | |
| 101106201 | HEGAZY | ABDEL FATTAH | |
| 101108001 | HEMMAT | KAVEH | INDIVIDUAL |
| 101112201 | HENNING | SHAWN | |
| 101133501 | HILL | JOSEPH | VAGA LLC |
| 101142601 | HODGE | GEOFFREY | |
| 101156501 | HOVANESYAN | ALFRED | SHUTTLE PACIFIC LLC |
| 101161101 | HOWMAH | MARYANNE OI | GREAT WEST TRANSPORTATION LLC |
| 101188601 | HUSSEIN | MOHAMED | FREEDOM EXPRESS LLC |
| 101229801 | ISIBOR | TAIWO | |
| 101260301 | JATTAN | SANJAY | INMOTION TRANSPORT LLC |
| 101275601 | JIMENEZ | MIGUEL | |
| 101310601 | KABIANPOR | MOHAMMAD | |
| 101336701 | KAMIL | HAMDI | JFK TRANSPORTATIO LLC |
| 101428501 | KIROJAN | JUOTJE | |
| 101429901 | KITCHIL | HANEEF | AWESOME GROUND SHUTTLE LLC |
| 101444001 | KOGAN | BORIS | V & L EXPRESS LLC |
| 101451301 | KOLEV | VENELIN | |
| 101458901 | KOUTEPOV | IOURI | |
| 101464901 | KRAVETSKIY | FELIX | |
| 101580901 | LISENSKIY | DMITRY | |
| 101603901 | LOPEZ | ADRIAN | MR TRANS GROUP LLC |
| 101645401 | MAGDALENO | YAIR | GIHAN LLC |
| 101678901 | MANIQUIS | MICHAEL | JESUS SIMANGAN LLC |
| 101682101 | MANSOORI | ABDUL | |
| 101685201 | MARALLOS | CHRIS | |
| 101692601 | MARGUEZ | JOSE | |
| 101825601 | MISTRY | TANVEER | |
| 101826001 | MITCHEL | STANLEY | B&P SHUTTLE |
| 101838101 | MOHAMMAD | NOOR | |
| 101840701 | MOHAMMED | BAHERADIN | |
| 101841001 | MOHAMMED | MUSHTAQ | AWESOME GROUND SHUTTLE LLC |
| 101854601 | MONTES | ERNESTO | |
| 101862301 | MORCOS | NABEL | |
| 101868501 | MOREY | LUIS FELIPE | BAHARIA SHUTTLE LLC |
| 101874501 | MORRIS | EDWARD | |
| 101956901 | NGUYEN | LAM | |
| 101967701 | NIEVES | ROSALIA | YVANNIYAS TRANSPORTATION LLC |
| 101999801 | NURMEDOV | RUSTAM | Q SHUTTLETRANSPORTATION LLC |
| 102011001 | OCEN | PATRICK | |
| 102068801 | PAPADAKIS | EMANOUIL | |
| 102069101 | PAQUILLO | KRISTOFFER | |

| KCC Control # | Last Name | First Name | Company |
|---|---|---|---|
| 102082501 | PATOV | ROSEN | |
| 102102401 | PEREZ | JESUS | |
| 102114601 | PETTITT | STEPHANIE | |
| 102139301 | POLOSUKHIN | VICTOR | |
| 102152701 | POUND | TIMMY | ARIAS TRANSPORTATION |
| 102161801 | PRONICHENKO | MAKSIM | KBL TRANSPORTATION LLC |
| 102172601 | QUACH | JOHN | |
| 102173001 | QUADROS | SERGIO | |
| 102229401 | REED | IAN | BLUE SKY |
| 102294801 | RUE | ROGER | |
| 102330101 | SAID | SHERIF | NEIL EXPRESS SHUTTLE LLC |
| 102342301 | SALEM | FAROUK | |
| 102395701 | SARGSYAN | ARTAVAZD | |
| 102435501 | SERVILLO | MICHAEL | ROBS ULTIMATE TRANSPORTATION |
| 102436901 | SESMA | JULIO | |
| 102451001 | SHAMYRADOV | POLAT | GM TRANSPORTATION LLC |
| 102469301 | SHEMCHYSHYN | ANDRIY | |
| 102472201 | SHESTAKOV | KONSTANTIN | Q SHUTTLE TRANSPORTATION LLC |
| 102475301 | SHIDU | LARRY SHIDU | |
| 102503001 | SIMONENKO | YURI | V & K LLC |
| 102529001 | SINTO | TJAHJA | |
| 102575901 | SOUSSI | MOHAMAD | |
| 102578001 | SPARTZ | LOWELL | |
| 102604901 | STORY | JOHN | |
| 102617401 | SUMAMPOUW | RUNTU | |
| 102700001 | TESHOME | AGLACHEW | |
| 102724301 | TILLEKERATINE | DON | |
| 102733401 | TJANDRA | GUNAWAN | |
| 102751601 | TOLU | NEVZAT "TOLGA" | DALY SHUTTLE LLC |
| 102769001 | TREJO | EZEQUIEL | |
| 102799301 | UEMATSU JR | GENE | |
| 102848201 | VASQUEZ LEON | GERMAN | S G M BATAVIA SHUTTLE LLC |
| 102849601 | VASQUEZ-SOSA | HECTOR | |
| 102859001 | VEGA | MARTIN | WHITEWATER ENTERPRISES LLC |
| 102863301 | VERA | SAUL | JR TRANSPORT SYSTEMS LLC |
| 102889401 | VONGNANGAM | SAK | |
| 102933501 | WELD | SHARON | COLOSSIANS 323 LLC |
| 102937001 | WEWENGKANG | DANNY | |
| 102952001 | WILLIS | CALVIN | |
| 102987201 | YADAO | DONNE | ISLANDER SHUTTLE LLC |

KCC Class Action Services
KAIRY V. SUPERSHUTTLE INTERNATIONAL INC
List of Class Members Without Complete Mailing Addresses
9/19/2014

Count: 130

| KCC Control # | First Name | Last Name | Company |
|---|---|---|---|
| 100176801 | DOS SANTOS | ANE MARI | |
| 100285401 | AHMED | BAROUD | |
| 100479501 | CHRISTINA | CASAREZ | |
| 100556001 | CHARLES | CHIEJINA | |
| 100766601 | ASHER | EMMANUEL | |
| 100889101 | ERIK | GAMPU | |
| 100900801 | BENJAMIN | GARCIA | |
| 102490401 | MUSTAFA | SIDIQI | |
| 102506001 | ARNOLD | SINAGA | |
| 102508801 | AMRIT | SINGH | |
| 102687601 | JANRRY | TELAH | |
| 102701301 | GET | TESHOME | |
| 102725701 | HENRY | TIMBULENG | |
| 102739601 | KELVIN | TJHIN | |
| 102577601 | CLEBER | SOUZA | |
| 102626501 | IWAN | SURYADI | |
| 102649501 | TEDDY | TAJEB | |
| 102669401 | RICHARD | TAROREH | |
| 100982101 | EDDIE | GONZALEZ | |
| 100989701 | ROGELIO | GONZALEZ | |
| 100991201 | EVAN | GORDON | |
| 100996001 | ISABELLE | GOURBAN | |
| 101002201 | CHRISTOPHER | GRAY | |
| 101014401 | CALISTERIO | GREGORY | |
| 101022101 | ANGLE | GUANDIQUE | |
| 101077201 | BUDDY | HANNATO | |
| 101113601 | ROD | HENRY | |
| 101126101 | ART | HERRON | |
| 101154801 | ALI CHARLIE | HOSSEIN | |
| 101168701 | HONG | HUANG | |
| 101183801 | AFTAB | HUSSAIN | |
| 101252601 | DUQMAQ | JAMAL | |
| 101258801 | RICHARD | JAQUA | |
| 101306301 | NICO | JUNAWAN | |
| 101579701 | JESUS | LINGAD | |
| 101632901 | DANIEL | LY | |
| 101634601 | YERMIYAS | LY | |
| 101640601 | MARCELO | MACALI | |
| 101669801 | ENDA | MAMO | |
| 101725001 | SONJA | MARTINEZ | |
| 101742901 | ABDUL | MATIN | |
| 101747701 | SAMY | MATTA | |
| 101748001 | KEVIN | MATTHEWS | |
| 101857701 | AMIN | MORADI | |
| 101859401 | TONY | MORAGO | |
| 101894401 | CARLOS | MURILLO | |

KCC Class Action Services
KAIRY V. SUPERSHUTTLE INTERNATIONAL INC
List of Class Members Without Complete Mailing Addresses
9/19/2014

Count: 130

| KCC Control # | First Name | Last Name | Company |
|---|---|---|---|
| 102060901 | SONNY | PAJULAS | |
| 102073401 | SING | PARK | |
| 102081101 | HIRA | PATHANIA | |
| 102105501 | WILLIAM | PEREZ | |
| 102266101 | PETE | RODRIGUEZ | |
| 102297901 | GUSTAVO | RUIZ | |
| 102371301 | JAMES | SANDOVAL | |
| 102398801 | KAREN | SARKISIAM | |
| 102757801 | HARRY | TORRES | |
| 102797601 | ATHER | TYEB | |
| 102801901 | AMAN | ULLAH | |
| 102837401 | ARTURO | VARGAS | |
| 102839101 | ELISER | VARGAS | |
| 100139001 | WAAD | ALJABI | BAHARIA SHUTTLE LLC |
| 101824201 | FRANK | MISCH | |
| 102994601 | LIU | YANG | |
| 101166001 | RONG | HU | |
| 100197001 | FRANCIS | ARNAIZ | |
| 101514101 | VICTOR | LARIONOV | |
| 102217201 | RASHID | RASHID | |
| 102613001 | IGOR | SUHOV | |
| 101495601 | GARY | LADHER | |
| 100164601 | AMIT | AMIT | |
| 100393701 | BONLENG | BOUANESOMBATH | |
| 100468701 | MARCELINO | CAPELLE | |
| 100484101 | JOHN | CASHIO | REGENCY |
| 100497701 | JARED | CECIL | SACRAMENTO AIRPORT CARRIERS |
| 100510001 | LESLIE | CHAN | REGENCY |
| 100517601 | NICK | CHANG | |
| 100574201 | JESSE | CHURCH | |
| 100616801 | JAMES | CURTIS | SAC AIRPORT CARRIERS |
| 100727101 | STEVE | DUNECK | |
| 100905601 | NORM | GARCIA | |
| 100955901 | KEN | GIPSON | BLUE SKY SHUTTLE |
| 101004001 | LESHIA | GRAY | BLUE SKY |
| 101005301 | ROBERT | GRAY | SACRAMENTO AIRPORT CARRIERS |
| 101056001 | ? | HAILU | |
| 101225301 | JOSEPH | ISAACS | BLUE SKY SHUTTLE LLC |
| 101423701 | WILLIAM | KINDRICK | |
| 101431401 | PAUL | KITTIRATH A | COMFORT SHUTTLE USA |
| 101492501 | JACOB | LABUDA | |
| 101503301 | RICHARD | LANDA | SAC AIRPOTR CARRIES |
| 101587401 | ROXANNE | LIU | REGENCY |
| 101611601 | KONG | LOR | |
| 101680401 | LARRY | MANN | |
| 101714201 | JAUN | MARTINEZ | |

2

**KCC Class Action Services**
**KAIRY V. SUPERSHUTTLE INTERNATIONAL INC**
List of Class Members Without Complete Mailing Addresses
9/19/2014

Count: 130

| KCC Control # | First Name | Last Name | Company |
|---|---|---|---|
| 101719001 | LAVERONICA | MARTINEZ | |
| 101726401 | EDWIN | MARTINEZ RIVERA | BLUE SKY SHUTTLE |
| 101855001 | DAVID | MOORE | |
| 101896101 | MOHAMMAD | MUSA | |
| 102022801 | DAVE | OLLAR | BLUE SKY |
| 102121001 | PAUL | PHANKHOLO | |
| 102130001 | KHAMMA | PHUOAMKHA | |
| 102142201 | JAVIER | PONCE | ARIAS TRANSPORTATION |
| 102146701 | GARY | PORTER | BLUE SKY |
| 102242801 | DAVE | REYNOLDS | |
| 102246201 | JASON | RIKLON | YOLO TRANSPORTATION |
| 102253601 | ALDRED | ROBERT | BLUE SKY |
| 102276601 | ALEX | ROMERO | REGENCY |
| 102402001 | SING | SARN | |
| 102518201 | MONOPAL | SINGH | |
| 102523901 | SIMRAN | SINGH | COMFORT SHUTTLE USA LLC |
| 102525601 | SURENDER | SINGH | BLUE SKY |
| 102560601 | SATTANAK | SOMPHU SIA | CONVENIENT |
| 102567101 | WILSON | SORIANO | |
| 102576201 | ROBERT | SOUTH | SACRAMENTO AIRPORT CARRIERS |
| 102590001 | RICHARD | STARK | BLUE SKY SHUTTLE |
| 102599201 | LEE | STILES | |
| 102600401 | JACK | STINNET | |
| 102607001 | MICHAEL | STROUD | SACRAMENTO AIRPORT CARRIERS |
| 102612601 | VANG | SUE | |
| 102788501 | JEFF | TUAZON | |
| 102789901 | TROY | TUCKER | |
| 102876901 | JAKE | VILLEGAS | |
| 102903101 | CHERYL | WALLACE | BLUE SKY |
| 102904501 | CJ | WALLACE | REGENCY TRANSPORTATION |
| 102920001 | JONATHAN | WARRENS | |
| 102946001 | GERALD | WILLIAMS | SACRAMENTO AIRPORT CARRIERS |
| 102951701 | MO | WILLIAMS | |
| 102970201 | WOODY | WOODY | |
| 102971601 | ROGER | WORLEY | |
| 102972001 | JEFF | WRIGHT | |
| 103009001 | JOSEPH | YORK | SACRAMENTO AIRPORT CARRIERS |
| 102134501 | JAVIER | PIZZANO | JR TRANSPORT SYSTEMS LLC |